1  JEFFREY B. MARGULIES, BAR NO. 126002
   jeff.margulies@nortonrosefulbright.com
2  STEPHANIE A. STROUP, BAR NO. 235071
   stephanie.stroup@nortonrosefulbright.com
3  MATTHEW M. GURVITZ, BAR NO. 272895
   matthew.gurvitz@nortonrosefulbright.com
4  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street
5  Forty-First Floor
   Los Angeles, California 90071
6  Telephone: (213) 892-9200
   Facsimile: (213) 892-9494
7
   Attorneys for Defendants
8  STANDARD HOMEOPATHIC COMPANY,
   HYLAND'S, INC. and STANDARD
9  HOMEOPATHIC LABORATORIES, INC.

NOTE: CHANGES MADE BY THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENZO FORCELLATI and LISA ROEMMICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYLAND'S, INC.; STANDARD HOMEOPATHIC LABORATORIES, INC.; and STANDARD HOMEOPATHIC COMPANY,<br><br>Defendants. | Civil Action No. 2:12-CV-1983-GHK (MRWx)<br><br>CLASS ACTION<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION** |

DOCUMENT PREPARED
ON RECYCLED PAPER

- 1 -
[PROPOSED] PROTECTIVE ORDER

## ORDER

Having considered the foregoing Stipulation, and good cause appearing therefor, the exchange of confidential and/or confidential-restricted information and discovery in the above-captioned action shall be made in accordance with the terms of the Stipulation for Protective Order Regarding Confidential Information.  **Note:** Any motion regarding the inadvertent production of materials (Stip. Para. 15) or to challenge confidentiality designations (Stip. Para. 17) will comply with the joint filing format required by Local Rule of Court 37.

**IT IS SO ORDERED.**

Dated:  June 4, 2013

/s/ **Judge Wilner**

HON. MICHAEL R. WILNER
U.S. MAGISTRATE JUDGE