**BURSOR & FISHER, P.A.**
L. Timothy Fisher (191626)
Sarah N. Westcot (264916)
Annick M. Persinger (272996)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Phone: (925) 482-1515
Fax: (925) 407-2700
Email:  ltfisher@bursor.com
        swestcot@bursor.com
        apersinger@bursor.com

**FARUQI & FARUQI, LLP**
David E. Bower (State Bar No. 119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Phone: (424) 256-2884
Fax: (424) 256-2885
Email:  dbower@faruqilaw.com

*Co-Lead Counsel for Plaintiffs*
(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENZO FORCELLATI and LISA ROEMMICH, on Behalf of Themselves and all Others Similarly Situated, | Case No. 2:12-cv-01983 GHK (MRW) |
| | CLASS ACTION |
| Plaintiffs, | |
| v. | **PLAINTIFFS' MOTION FOR WITHDRAWAL OF COUNSEL** |
| HYLAND'S, INC., STANDARD HOMEOPATHIC LABORATORIES, INC., and STANDARD HOMEOPATHIC COMPANY, | |
| Defendants. | Hon. George H. King |

1   Enzo Forcellati and Lisa Roemmich ("Plaintiffs") hereby move this Court to allow
2   Christopher Marlborough to withdraw as counsel of record for Plaintiffs in this action.
3   Mr. Marlborough is no longer associated with Faruqi & Faruqi, LLP.  Faruqi & Faruqi,
4   LLP will remain as counsel for Plaintiffs in this case.
5   As such withdrawal of the above-named counsel from this matter will not impose
6   a delay of the case or prejudice to any party.

7

8   Dated:  October 23, 2013                    **FARUQI & FARUQI, LLP**

9

10                                              By:   /s/ David E. Bower
11                                                    David E. Bower

12                                              David E. Bower (State Bar No. 167373)
                                                10866 Wilshire Boulevard, Suite 1470
13                                              Los Angeles, CA  90024
                                                Telephone: (424) 256-2884
14                                              Facsimile: (424) 256-2885
                                                Email: dbower@faruqilaw.com
15

16                                                      - and -

17                                              Antonio Vozzolo *(pro hac vice)*
                                                Andrea Clisura *(pro hac vice)*
18                                              369 Lexington Avenue, 10th Floor
                                                New York, NY 10017
19                                              Telephone: (212) 983-9330
                                                Facsimile: (212) 983-9331
20                                              Email: avozzolo@faruqilaw.com
21                                                     aclisura@faruqilaw.com

22                                              **BURSOR & FISHER, P.A.**
                                                L. Timothy Fisher (State Bar No. 191626)
23                                              Sarah N. Westcot (State Bar No. 264916)
                                                Annick M. Persinger (State Bar No. 272996)
24                                              1990 North California Boulevard, Suite 940
25                                              Walnut Creek, CA 94596
                                                Telephone:  (925) 300-4455
26                                              Facsimile:   (925) 407-2700
27                                              E-Mail:  ltfisher@bursor.com
28

swestcot@bursor.com
apersinger@bursor.com

*Co-Lead Interim Class Counsel for Plaintiffs*

**LAW OFFICES OF RONALD A. MARRON, APLC**
Ronald A. Marron (State Bar No.263639)
Skye Resendes (State Bar No. 278511)
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**KRIENDLER & KRIENDLER, LLP**
Gretchen M. Nelson (State Bar No.112566)
Stuart F. Frankel (State Bar No. 173991)
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

*Additional Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013, I caused a true and correct copy of the foregoing Plaintiffs Enzo Forcellati's and Lisa Roemmich's Motion For Withdrawal Of Counsel to be electronically filed with the Clerk of the Court. The Notice is available for viewing and downloading and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

Dated: October 23, 2013        Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: /s/ *David E. Bower*

David E. Bower

David E. Bower (State Bar No. 167373)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: dbower@faruqilaw.com

- and -

Antonio Vozzolo *(pro hac vice)*
Andrea Clisura *(pro hac vice)*
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: avozzolo@faruqilaw.com
       aclisura@faruqilaw.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
         swestcot@bursor.com
         apersinger@bursor.com

*Co-Lead Interim Class Counsel for Plaintiffs*

**LAW OFFICES OF RONALD A. MARRON, APLC**
Ronald A. Marron (State Bar No.263639)
Skye Resendes (State Bar No. 278511)
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**KRIENDLER & KRIENDLER, LLP**
Gretchen M. Nelson (State Bar No.112566)
Stuart F. Frankel (State Bar No. 173991)
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

*Additional Counsel for Plaintiffs*

CASE NO.: 2:12-cv-01983-GHK-MRW    PLAINTFFS' MOTION FOR WITHDRAWAL OF COUNSEL