JEFFREY B. MARGULIES, BAR NO. 126002
jeff.margulies@nortonrosefulbright.com
STEPHANIE A. STROUP, BAR NO. 235071
stephanie.stroup@nortonrosefulbright.com
MATTHEW M. GURVITZ, BAR NO. 272895
matthew.gurvitz@nortonrosefulbright.com
**FULBRIGHT & JAWORSKI LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494

Attorneys for Defendants
HYLAND'S, INC., STANDARD
HOMEOPATHIC LABORATORIES, INC.
and STANDARD HOMEOPATHIC
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENZO FORCELLATI, and LISA ROEMMICH, on Behalf of Themselves and all Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>HYLAND'S, INC., STANDARD HOMEOPATHIC LABORATORIES, INC., and STANDARD HOMEOPATHIC COMPANY,<br><br>                    Defendants. | Civil Action No.  12-CV-1983-GHK (MRWx)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF STEPHANIE A. STROUP IN FURTHER SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Hearing<br>Date:   February 3, 2014<br>Time:  9:30 a.m.<br>Ctrm:  650<br>Judge: Hon. George H. King |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Stephanie A. Stroup, declare as follows:

1.      I am an attorney at law, duly licensed to practice before all the courts of the State of California and the United States District Court for the Central District of California, and am a senior associate in the law firm of Fulbright & Jaworski LLP, attorneys of record for defendants Hyland's, Inc., Standard Homeopathic Laboratories, Inc. and Standard Homeopathic Company ("Defendants").   I have personal knowledge of the following and can and do competently testify thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Michael Buchanan.

3.      Attached hereto as **Exhibit B** is a true and correct copy of an article entitled *Review of NCCAM Is Overdue*, authored by Donald M. Marcus and Arthur P. Grollman.

4.      The Court's December 19, 2013 Minute Order directed Plaintiffs to describe their proposal for identifying class members, including "what retailer records they are going to use, how these records can be used to identify class members, what proportion of the class will likely be identifiable by such records, how affidavits can be used to reliably identify actual class members, and how they propose to give notice to class members."   As Defendants have no knowledge of the mechanism by which Plaintiffs propose to ascertain the class, during the meet and confer, Defendants proposed a briefing schedule whereby Plaintiffs would provide their opening position to Defendants by January 13, Defendants would have a chance to meaningfully respond to Plaintiffs' position by January 27, and Plaintiffs could draft a reply to be filed with the brief on February 3.   Attached as **Exhibit C** is a true and correct copy of an email chain from me to L. Timothy Fisher, Anthony Vozzolo, Andrea Clisura, Jeffrey Margulies, Matthew Gurvitz and Miles Schreiner dated December 30, 2013 memorializing this offer.   Plaintiffs refused to agree to this schedule, and refused to provide Defendants any information about how they

1   propose to ascertain the class so that Defendants could address the proposal in this

2   briefing.

3          I declare under penalty of perjury of the laws of the United States of

4   American and the State of California that the foregoing is true and correct.

5   Executed this 3rd day of February, 2014, at Los Angeles, California.

6

7                                                  /s/ Stephanie A. Stroup

8                                                  Stephanie A. Stroup

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ENZO FORCELLATI and LISA ROEMMICH, on Behalf of Themselves and all Others Similarly Situated, | ) ) ) | Case No. 2:12-CV-01983 GHK (MRWx) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HYLAND'S INC., STANDARD HOMEOPATHIC LABORATORIES, INC., And STANDARD HOMEOPATHIC COMPANY, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**EXPERT REPORT OF MICHAEL BUCHANAN**

I.      **INTRODUCTION**

      A.      **Expert Credentials**

1.  I am a Senior Managing Director in the Economic Consulting ("EC") Practice at FTI Consulting ("FTI") in Dallas, Texas.  I am the product leader of EC's Labor and Employment practice.  FTI is a multi-disciplinary consulting firm that provides a variety of financial advisory services to clients in the U.S. and abroad.  The Economic Consulting Practice specializes in providing economic, statistical, financial and investigative consulting services to clients.  One of my responsibilities at FTI is to provide economic, financial, and damage quantification consulting services to clients.  I have had significant experience in evaluating economic and statistical issues and I have assisted clients and counsel in various

matters pertaining to labor and employment cases including matters pertaining to class certification, among others.

2. I am an applied economist and have significant experience in evaluating statistical and economic issues in complex litigation matters involving consumer disputes. I have lectured at Southern Methodist University on the topics of labor economics and statistics. I have extensive experience in analyzing employment data; providing exposure estimates; and analyzing sample data information. I have also served as an expert witness in class action matters. I have testified as an expert within the preceding four years and have published within the preceding ten years. A copy of my resume, which summarizes my experience and qualifications, is attached as Exhibit 1 to this report. FTI is being compensated at a rate of $550 per hour for my services. I have no financial interest in the outcome of this litigation.

### B.   Overview of Assignment

3. I have been retained by the Defendants, Hyland's Inc., Standard Homeopathic Laboratories, Inc., and Standard Homeopathic Company ("Hyland's"), to analyze economic and statistical issues in the matter listed above, including the economic and statistical issues of class certification. Specifically, I have been asked to perform two tasks: 1) critique the economic damage calculation presented by Plaintiff's economic expert, Colin Weir ("Weir Calculations"); and 2) provide my opinion as to whether sufficient data exists to identify members of the proposed class. In performing my analysis, I have relied upon my professional experience and expertise, gathered over many years as a professional economist. A complete list of the information I considered is attached as Exhibit 2.

4. My analyses, opinions and conclusions are based solely on the work performed by me, and those under my supervision, through the date of this report. This report is subject to change or modification should additional relevant information become available which bears on the analysis, opinions or conclusions contained herein.

### C.   Summary of Findings

5. It is my opinion that the economic damage calculation performed by Mr. Weir is based on invalid assumptions that render his damage number completely unreliable. More specifically,

Mr. Weir attempts to calculate damages without having retail sales information – sales to customers.   Rather Mr. Weir tries to account for sales to customers using wholesale sales information – sales to retailers.   These retailers may or may not have sold product to end users.   Furthermore, Mr. Weir does not know the retail prices charged by the various retailers, all of which could affect his damage calculation.

6. Due to the considerable number of issues in the available data, it is also my opinion that there is no possible method to identify members of the proposed class without performing individual inquiry into each consumer's specific circumstances surrounding their purchase of the relevant Hyland's product.   The primary issue with identifying a class, as well as the number one hole in the available data, is determining whether a consumer is satisfied with the purchased Hyland's product.   Without discussing product satisfaction with *each individual consumer*, it is impossible to ascertain those individuals who were not satisfied with their purchase, and as such, could be members of the proposed class.

## II.    PLAINTIFFS' ALLEGATIONS

7. The Named Plaintiffs, Enzo Forcellati and Lisa Roemmich, allege, that "Hyland's Cold and Flu Remedies[1] are nothing more than sweetened, flavored water with only highly diluted concentrations of the products' so-called 'active ingredients.'"[2]   Further, "as a direct and proximate result of Hyland's false and misleading advertising claims and marketing practices, Plaintiffs and members of the Class … purchased Hyland's Cold and Flu Remedies to treat cold and flu symptoms for which the drugs were not fast acting  or efficacious as they were marketed and advertised to be."[3]   I understand that Plaintiffs bring these allegations on behalf of three groups of consumers:[4]

   a) *Count I (U.S. Claim)*, defined "as a class action under Federal Rule of Civil Procedure 23 on behalf of a Class consisting of all persons in the United States who, within the relevant statute of limitations period, purchased Hyland's Cold and Flu Remedies";

---

[1] Hyland's products named in this matter: Hyland's Cold 'n Cough 4 Kids ("Cold 'n Cough"), Cough Syrup with 100% Natural Honey 4 Kids ("Cough Syrup"), Sniffles 'n Sneezes 4 Kids ("Sniffles 'n Sneezes"), Cold Relief Strips 4 Kids with Zinc ("Cold Strips"), Complete Flu Care 4 Kids ("Flu Care"), and Nighttime Cold 'n Cough 4 Kids (Nighttime Cold") – collectively called "Cold and Flu Remedies".
[2] Plaintiffs' Consolidated Amended Class Action Complaint, paragraph 2.
[3] Plaintiffs' Consolidated Amended Class Action Complaint, paragraph 3.
[4] Plaintiffs' Consolidated Amended Class Action Complaint, paragraphs 82-84.

**EXHIBIT A PAGE 5**

b) **Count II (New Jersey Subclass)**, defined "as all members of the Class who purchased mislabeled Hyland's Cold and Flu Remedies in New Jersey" (violating the New Jersey Consumer Fraud Act) and

c) **Count III (Missouri Subclass)**, defined as "all members of the Class who purchased mislabeled Hyland's Cold and Flu Remedies in Missouri" (violating the Missouri Merchandising Practices Act).

## III.    CRITIQUE OF WEIR CALCULATIONS

### A.    Compensatory Damages

8. According to Mr. Weir's declaration, it is his opinion that not only is it "possible to determine class-wide damages in this case using the Defendants' own available business records,"[5] but that "under a damages framework awarding full recovery, class-wide damages are easily calculated for each product."[6]  Mr. Weir then presents the following calculation to enumerate his full compensatory damages:

(1 + Average Retail Markup % per Unit of Product Sold)

x Wholesale Sales of Product Sold

= Full Compensatory Damages

9. In the "full compensatory damages" calculation, there are two components on which Mr. Weir relies: 1) wholesale sales of product sold; and 2) average retail markup % per unit of product sold.  For each component, Mr. Weir makes a number of assumptions that ultimately allow him to present the simple damage calculation above.  As I will discuss below, not only does he rely on the wrong data to base his compensatory damages, but the assumptions made in order to utilize this data are completely void of support, and as such, his resulting damage calculation is unreliable.

---

[5] Declaration of Colin B.Weir, paragraph 3.
[6] Declaration of Colin B. Weir, paragraph 6.

**EXHIBIT A PAGE 6**

### 1.    Issues with Using Wholesale Sales of Product Sold

10. Mr. Weir relies upon the summary wholesale sales data for the six products in question[7] as a means to proxy for those consumers who purchased the product, and as such, meet his definition for compensatory damages.  As will be discussed in the following paragraphs, the problem with the summary wholesale sales data is that this information tells us nothing about the end-consumer, which is the basis for calculating compensatory damages.  In order to provide an accurate damages calculation, we need to be able to identify the end-consumer and determine whether they should or should not be considered part of the proposed consumer class.   Thus, rather than make any attempt to identify said end-consumer population, Mr. Weir simply uses the summary wholesale sales data, which is irrelevant to the task in which he was retained.

11. Even if we were to assume that the summary wholesale sales data was the correct population to use in calculating compensatory damages, Mr. Weir's damage scenario still depends on two assumptions related to this data that must be valid for his damage calculation to be reliable: 1) since Hyland's does not sell the vast majority of its products directly to end-consumers (only to retailers who then sell the product to the end-consumer), Mr. Weir must assume that all product sold to the retailers were then sold to an end-consumer; and 2) that *every* end-consumer who purchased one of the six products in question was dissatisfied with the product, and as such, would seek compensatory damages.

12. Mr. Weir only possesses total counts of products sold to retailers, and their corresponding wholesale sales revenue.  Nowhere in the information provided to Mr. Weir does it discuss how much of the product was *actually sold* to an end-consumer.  By assuming that every unit of product and the corresponding revenue attributed to that unit was sold by retailers, Mr. Weir ignores the possibility that some product may still sit on retailer shelves or have been returned for various reasons.  In such instances, the revenue obtained by Hyland's does not link to any consumer who may or may not have been satisfied with the product purchased.  Thus, that portion of compensatory damages would be completely inappropriate.

---

[7] This information is provided in the document labeled Bates SHCFOR0005254-55.

13. The most important assumption Mr. Weir makes is that *every* end-consumer who purchased one of the six products in question was dissatisfied with their purchase, and as such, would seek to be part of the consumer class.  This assumption is patently false.  By simply going on the websites of a few retailers who sold the products in question, iHerb.com and Target.com,[8] I was able to find numerous reviews that gave the products five out of five stars (see Exhibit 3).  Below are a few example reviews touting the complete satisfaction with one of the relevant Hyland's products:

> 5 out of 5 stars **Works for adults too!**, November 10, 2012
> By Jacinta -
> I bought this from Target for my son, as none of the other cold remedies were suitable for his age (he's almost 3) and we've had good experiences with their teething and cold tablets for infants. It really seemed to help his cough and cold, and so when I came down with the most miserable cough/cold/knives-in-my-throat agony, I took some too. (I measure it out with a syringe for my son, but I just give myself two spoons of it - not tea spoons).
>
> This stuff REALLY works. It doesn't taste foul, and within about half an hour my throat was significantly better, my nose was no longer congested, and my cough had subsided. It tastes pleasant, and doesn't have any side effects that I noticed -- certainly it didn't cause drowsiness or anything that would impair my ability to drive.
>
> I actually can't think of any cold medicine I've taken that's worked as well as this one for me. We'll definitely always keep a bottle of this on hand now!

> 5.0 out of 5 stars **Best cough medicine for kids and adults**, October 21, 2012
> By Gigi -
> This cough medicine is AMAZING! We use it when we have colds, meaning the kids, my husband and I!I highly reccomend this product and I do when friends of ours are having issues with their kids not sleeping and coughing all night and now they are firm belivers in this product!

> 5.0 out of 5 stars **"Circle Pills"**, March 23, 2012
> By Denise Weintz (BRISTOW, VA, US) - This review is from: **Hylands - Sniffles `n Sneezes 4 Kids 125 tabs**
> My little one who is 5 now loves his "circle pills". I am convinced they have saved us many sick days in previous years including this morning which is why I'm on Amazon buying more.

---

[8] The Hyland's product, Cold Relief Strips 4 Kids with Zinc, is no longer sold, and as such, neither website contained information on this product.

14. In fact, as depicted in Table 1 below, almost 200 perfect ratings existed for just these two sites.

**Table 1. Hyland's Products with 5 out of 5 Star Reviews – Iherb.com and Target.com**

| Website | Cold 'n Cough 4 Kids | Nighttime Cold 'n Cough 4 Kids | Cough Syrup with 100% Natural Honey 4 Kids | Sniffles 'n Sneezes 4 Kids | Complete Flu Care 4 Kids | Cold Relief Strips 4 Kids with Zinc | Total |
|---|---|---|---|---|---|---|---|
| iHerb.com | 50 | 10 | 7 | 26 | 32 | ----- | 125 |
| Amazon.com | 20 | 15 | 6 | 26 | 2 | ----- | 69 |
| Total | 70 | 25 | 13 | 52 | 34 | 0 | 194 |

Ignoring satisfied consumers of those products in question results in a completely skewed and unreliable compensatory damage number.  In fact, because the current wholesale sales data provides no method by which to identify who is and who is not a satisfied consumer, it is impossible to determine a compensatory damage number with any remote accuracy.

15. To further complicate any possibility of calculating an accurate damage number, we have no way to determine how much of the wholesale sales revenue is generated by *repeat* satisfied consumers.  Thus, for example, if repeat satisfied consumers represent 90% of the revenue from these products, then Mr. Weir's calculation would overstate compensatory damages by at least 90%.

16. One final obstacle to identifying an accurate population on which to base compensatory damages is that many end-consumers are not even from the United States.  Although homeopathic usage grew by almost 6% for U.S. adults between 2002 and 2007 (from roughly 1.7% of U.S. adult population to 1.8% of U.S. adult population),[9] it pales in comparison to the usage by individuals living outside the United States.  In many European and East Asian countries, usage is exceedingly higher than in the United States.[10]  In fact, one of the two

---

[9] See Barnes and Bloom.  "Complementary and Alternative Medicine Use Among Adults and Children: United States, 2007."  National Health Statistics Reports, December 2008 (12): 1-24.

[10] See (1) Posadzki, Watson, Alotaibi, and Ernst.  "Prevalence of use of complementary and alternative medicine (CAM) by patients/consumers in the UK: systematic review of surveys."  *Clinical Medicine*.  2013 April (13)2: 126-131.
(2) Hanssen, Grimsgaard, Launso, Fonnebo, Falkenberg, and Rasmussen.  "Use of complementary and alternative medicine in Scandinavian countries."  *Scand J Prim Health Care*.  2005 Mar 23(1): 57-62.
(3) Lim, Sadarangani, Chan, and Heng.  "Complementary and alternative medicine use in multiracial Singapore."  *Complementary Therapies in Medicine*.  2005 Mar 13(1): 16-24.
(4) Xue, Zhang, Lin, Da Costa, and Story.  "Complementary and Alternative Medicine Use in Australia: A National Population-Based Survey.  *The Journal of Alternative and Complementary Medicine*. August 2007, 13(6): 643-650.

retailers listed in Table 1, iHerb.com, is a California-based company that touts itself as a seller of "nutritional supplements and other healthy products both domestically and internationally. A rapidly-expanding business, iHerb carries one of the largest selections of high-quality nutritional products in the world."[11] Thus, although iHerb.com is located in the United States, and has both of its warehouses in the United States (California and Kentucky), a large international market exists to sell homeopathic products, such as those produced by Hyland's.

17. In fact, a review of iHerb.com's contact page presents customer service email addresses in five different languages: English, Japanese, Korean, Chinese, and Russian.[12] Below are some example reviews from countries other than the United States:

**Hyland's Cold n cough**

⭐⭐⭐⭐⭐

Posted by  From Australia on Jul 27, 2012

It works great and I have bought more of this!

**SUPER!!**

⭐⭐⭐⭐⭐

Posted by  From Sweden on Oct 20, 2011

Best coughmedicin we ever tried! Really works!! Kids take it without any fuss. Works MAGIC!!

---

(5) Brown. "Use of Complementary and Alternative Medicine by Physicians in St. Petersburg, Russia." *The Journal of Alternative and Complementary Medicine*. April 2008, 14(3): 315-319.
(6) Stange, Amhof, and Moebus. "Complementary and Alternative Medicine: Attitudes and Patterns of Use by German Physicians in a National Survey." *The Journal of Alternative and Complementary Medicine*. December 2008, 14(10): 1255-1261.
[11] See http://www.iherb.com/info/about.
[12] See http://www.iherb.com/info/Contact.

**Multiple purchases**



Posted by <u>Reviewer2696437</u> From Singapore on Oct 11, 2013

Have always been stocking them at home. Works really well if used at the onset of cold or sore throat.

**From Ukraine**



Posted by <u>Reviewer1553782</u> From Ukraine on Dec 06, 2011

Excellent non-productive cough syrup with!Very helpful to my children. I will order more

**tastes great**



Posted by <u>Reviewer2472689</u> From Canada on Dec 29, 2011

this works great. I haven't had a cold go into the chest with a cough in a long time. This seems to nip it in the butt before the kids get to seriously ill.

18. Of the 50 reviews that received 5/5 stars for the Cold 'n Cough 4 Kids product (see Table 1 above), all five languages were represented, across 12 different countries (see Table 2 below).

**Table 2. Language/Country of iHerb.com Reviews Receiving 5 out of 5 Stars for Hyland's Cold 'n Cough 4 Kids Product**

| Language | Country | Count |
|----------|---------|-------|
| English | United States | 7 |
| | Canada | 2 |
| | Unknown | 2 |
| | Australia | 1 |
| | Hong Kong | 1 |
| | Latvia | 1 |
| | Singapore | 1 |
| | Sweden | 1 |
| | Ukraine | 1 |
| Korean | Republic of Korea | 10 |
| | Unknown | 3 |
| Russian | Russian Federation | 7 |
| | Unknown | 5 |
| | Ukraine | 2 |
| Japanese | Japan | 3 |
| Chinese | China | 2 |
| | Unknown | 1 |

Thus, we now have three unknowns that completely obfuscate any attempt at accurately calculating compensatory damages: 1) unknown quantity of relevant product *actually* sold to end-consumers; 2) unknown level of satisfaction for those who did purchase a relevant product; and now, 3) unknown origin of end-consumer who did purchase a relevant product.

### 2. Issues with Using 100% Retail Markup

19. In order for the retailer to profit off of selling a Hyland's product, it must markup the wholesale price paid to Hyland's.  Mr. Weir relies upon two Hyland's documents that show a suggested retail price markup of 100%, which would result in a 50% margin, or profit, for the retailer.[13]  Further, Mr. Weir cites a study that suggests "markups for items similar to the

---

[13] Declaration of Colin B. Weir, footnote 5.

products at issue in this case can be as high as 300-400%."[14]   What Mr. Weir fails to understand is that all of this information represents "suggested" retail price markup, not what actually occurred.

20. Instead of performing some research on the actual sale price of the Hyland's products in question, Mr. Weir simply assumes that all retailers would markup the various products by 100%, and then states that his assumption "is very likely to be a highly conservative estimate."[15]   In actuality, this assumption ignores *actual* retail price variation due to simple economic constraints caused by competition.   Each retailer wants the consumer's business, and as such, provides various incentives for the consumer to purchase the product from their company.   In addition to simple variation in price caused by the specific company's pricing scheme, Mr. Weir ignores the potential for discounted prices due to club memberships or sales/promotions.   Also, Mr. Weir fails to acknowledge that his assumption does not account for the fact that the information on which he relies covers an eight year time period.   This time period, undoubtedly, would result in considerably variation in price over time, and as such, could greatly affect the accuracy of his assumed mark-up.   Thus, while Mr. Weir simply takes the "suggested" retail price markup at face value, even calling this markup "conservative," he had the opportunity to provide support to his assumption by researching current retail prices of those products in question, but decided against doing so.

### B.     Punitive Damages

21. In his section on punitive damages, Mr. Weir provides no attempt to calculate any actual punitive damage value.   As such, I will not provide any opinion regarding this aspect of damages.

---

[14] Declaration of Colin B. Weir, paragraph 7.
[15] Declaration of Colin B. Weir, paragraph 7.

## IV.    IDENTIFYING MEMBERS OF THE PROPOSED CLASS

22. Simply stated, it is impossible to identify a proposed class without performing individual inquiry into 1) who purchased the relevant Hyland's product, 2) the specific consumer's purchasing experience (satisfaction with the product), and 3) the specific consumer's country of residence.  Limited to only wholesale sales data broken down by year and product, we have no way of knowing which retailer purchased the products, and of those products purchased, which were actually sold to an end-consumer, and where the end-consumer was located.

23. More importantly, for those consumers who purchased a relevant Hyland's product, without investigating each purchase individually, we have no way of ascertaining the level of satisfaction received from said product or whether the end-consumer even lived in the United States.  Thus, we cannot determine who would be a potential member of the class without individual inquiry.

## V.    CONCLUSION

22. Mr. Weir uses incorrect data (wholesale sales data) and unsubstantiated assumptions as the foundation for his compensatory damages calculation.  As such, his resulting damages calculation is completely unreliable.

23. It is also my opinion that without an individual analysis, it is not possible to determine in a systematic manner which, if any, consumers should be part of the class.

24. Further, it is my opinion that an individualized analysis for each putative class member is required because there is significant heterogeneity in product satisfaction.  A calculation of compensatory damages cannot be determined from simply examining aggregate data on a systematic, class-wide basis.

_Mike Buchanan_

_____

Michael J. Buchanan

**EXHIBIT A PAGE 14**

# EXHIBIT 1



# Michael J. Buchanan

### Senior Managing Director — Economic Consulting Services

mike.buchanan@fticonsulting.com

**FTI Consulting**

2001 Ross Avenue

Suite 400

Dallas, TX 75201

Tel: 214 397 1680

or

633 West 5th Street

Suite1600

Los Angeles, CA 90071

**Education**
Bachelor of Science in Economics with Financial Applications, Southern Methodist University

Masters in Applied Economics, Southern Methodist University

**Expertise**
Labor/Employment Economics

FLSA / Wage and Hour

General Litigation

Antitrust

Intellectual Property

Class Action

Mike Buchanan is a senior managing director in the Economic Consulting segment and the practice leader of the Labor and Employment group.  He specializes in economic and statistical analysis. Mike is an applied econometrician and has significant experience in dispute matters and in analyzing large data sets, statistical modeling and forecasting.  Mike splits his time between the Dallas and Los Angeles offices.

His practice areas cover all aspects of labor and employment matters including: FLSA wage and hour cases, discrimination (compensation, hiring, promotion, and termination), OFCCP investigations, and proactive compensation analysis.  In addition, Mr. Buchanan has managed and/or testified in many large IP, general damages, and antitrust matters.  He has lectured at Southern Methodist University on many of these same topics.

Prior to joining FTI Consulting, Inc., Mike was a Director with KPMG LLP's Forensic Services practice.  Mike also was with Mary Kay Inc. for five years as an applied econometrician. His responsibilities included managing the functions of forecasting, statistical modeling of compensation analysis, promotional events, pricing analysis, new product launches, business analysis and data control.

## Professional Experience

### Labor and Employment

Mr. Buchanan has significant experience in providing expert services related to labor and employment matters. His experience includes conducting numerous exposure models, statistical analysis of liability and class certification issues. He has also been involved in designing and implementing surveys, observation studies, time in motion projects, and other data studies to assess class certification, liability issues, and damages issues related to class action matters.  Mr. Buchanan analysis includes sampling techniques and evaluating the appropriateness of sampling.

### Wage and Hour Litigation

Mr. Buchanan has provided analyses of liability, damages, and class certification issues related to wage and hour claims. Mr. Buchanan utilizes some of the latest technology to analyze available data and to build flexible economic models to assist counsel in estimating potential exposure under a variety of scenarios for mediation, settlement discussions, and/or trial. His experience includes implementing and analyzing surveys related to exempt status, hours worked, off-the-clock time, rest breaks and meal periods, as well as other wage and hour issues.

### Employment Discrimination Litigation

Mr. Buchanan has performed numerous economic and statistical analyses related to class action and single plaintiff claims of employment discrimination.  These include disparate impact claims and reduction in force (RIF) analysis.  Mr. Buchanan is adept at combining many data sources to analyze discrimination claims.

### Other Employment Analysis

Mr. Buchanan has assisted clients with the preparation of pay equity studies in response to



CRITICAL THINKING
AT THE CRITICAL TIME™

**EXHIBIT A PAGE 16**

Michael J. Buchanan

OFFCP audits, empirical analyses of FLSA claims, state wage and hour compliance issues, and with impact analyses of workforce reductions. Mr. Buchanan has also performed analysis of damages and damage claims in personal injury matters.

### Representative Labor and Employment Matters

- Retained as economic and statistical expert for state and federal labor employment matters.

- Analysis of large data sets measuring employee clock-in/out "swipes" with questions of missed breaks, missed meals and off-the-clock work.

- Analyzed and implemented sampling techniques for large data populations.

- Directed confidential pay equity studies for Fortune 500 Companies.

- Administering and applying survey data to determine characteristics of job duties of and thus appropriateness of a class. (working with survey specialists & attorneys)

- Analyze supporting HR information (i.e. productivity, experience, etc) combined with survey data.

- Assisted numerous clients at the class certification/decertification stage using statistics.

### Title IV  / For-Profit School Litigation

- Statistical analysis of financial & enrollment counselors compensation programs, including:

- Regression analysis with variables that might affect pay,

- Stratified statistical analysis of pay changes.

- Analysis of cohort default rates.

- Statistical analysis of grade inflation allegations.

- Statistical analysis of student attendance reports.

### Antitrust & Class Action Analysis

- Consumer (product liability) class action cases including automobile, computer, finance, retail and fast food industries.

- Numerous labor and employment cases involving alleged discrimination in pay rates and promotions; as well as state and FLSA wage and hour cases.  Cases generally involved large data management and performing statistical analysis and regressions on HR data.

- Pricing fixing cases involving vitamin industry, steel industry, gasoline industry and convenience stores.

- Monopolization claims analysis in market alleged to have restricted employee movement and stunt developing technology and competition.

### General Litigation

- Mr. Buchanan has significant experience in providing expert services in a myriad of general litigation matters.  Using his experience in consumer product forecasting and analysis coupled with his statistical and econometric background, Mr. Buchanan has analyzed lost profits, liability and class certification issues in various matters.  These



**EXHIBIT A PAGE 17**

Michael J. Buchanan

matters include:

- Performed analysis and quantification of destroyed product due to bio-engineered corn.
- Statistical and econometric analysis on computer product data and consumer demographics.
- Performed analysis of sales, costs and promotions to determine lost profits due to product recall.
- Performed statistical analysis of sales for overall and individual restaurants.
- Analysis of supply chain system and lost sales.
- Performed an analysis on lost sales, profits and units due to alleged faulty part.
- Analysis of lost profits for large beef recall in the fast food industry.
- Analysis of sales infringement using sales and demographic data.
- Breach of contract analysis including lost profit analysis
- Business interruption analysis.
- Analysis of Doctors' income and procedures.
- Lost income analysis related to grain pricing.
- Analysis of vitamin market in Australia and multilevel marketing.

**Intellectual Property**

| Types of Cases: | Types of Studies Performed: |
|---|---|
| Patent Infringement | Lost Profit Analysis |
| Copyright Infringement | Disgorgement of Profit Analysis |
| Trademark Infringement | Replacement Cost/Design-Around Analysis |
| Trade Secret Misappropriation | Econometric Analysis of Markets |

**Representative IP Studies Performed**

- Analyzed lost profits in one of the largest food recalls for a national restaurant chain
- Analyzed lost profit claims for biotech industry
- Analyzed lost profit claims in patent infringement matter for national manufacturer of ceiling fans.
- Analyzed copyright infringement claims on behalf of the National Football League and the Baltimore Ravens.
- Analyzed lost profit claims in a trade secret matter for a national poultry producer in a theft of trade secrets matter.
- Performed lost profit analysis in a patent infringement matter for the photographic equipment industry.
- Analyzed trademark infringement claims for national hair product company.



**EXHIBIT A PAGE 18**

Michael J. Buchanan

- Performed statistical analysis in patent infringement matter for national golf club maker.
- Performed market analysis for international cosmetics firm in a patent infringement matter involving alpha-hydroxy acids.

## Other Research

Market analysis providing insight to market trends, price elasticity, encroachment issues and product launches and promotions.

Forecasting of sales and promotions for various industries.  Working with local, national and international demographic data coupled with company data to model expected outcomes.

## Publications/Presentations

Guest lecturer at Southern Methodist University in Department of Economics.

Building a Forecast Model for International Subsidiaries, 1997 annual conference of the International Association of Business Forecasters.

Co-authored a book entitled Pay and Performance in the NBA, (1995).

"The Law of Demand and Lost Profits Analysis," in Economic Damages in IP Matters, edited by Daniel Slottje, New York: John Wiley & Son Publishing, (2006), 113-132 with RL Basmann, D. Slottje and E. Maasoumi.

"Econometric Analysis of Copyrights," Journal of Econometrics, (August 2007 Volume 139), with D. Millimet and D. Slottje.

## Expert Witness Testimony

Tyson Foods, Inc. v. ConAgra, Inc. and ConAgra Poultry, Inc. Case No. E-99-1322.  Deposition, Trial.  Court: Chancery Court, Washington County, AR

Jeannie Dyess v. Pilgrim's Pride Corporation. Case No. 26,216. Trial. Court: U.S. District, Titus County, TX

Dallas Cowboys Football Club, Limited & Sports Marketing International Inc.  v. Univision Television Group, Inc., KUVN-TX Channel 23.  Case No. DV-99-00951.  Mediation

AARP v. Kramer Lead Marketing Group, et al.  Case No. 3:03-CV-1033-J-99 MCR; United States District Court Middle District of Florida, Jacksonville Division. Deposition

Moll Industries, Inc. v. Schering-Plough Healthcare Products, Inc. CA No. 04-03337.  Deposition

General Motors Corporation "Piston Slap" Product liability litigation CA NO. MDL 04-1600. Deposition

Fast Trak Construction, Inc. v. Great Western Business Services, LLC Regis Reality I, LLC and Regis Property Management, Inc. v. Mohr Partners, Inc., and Art Four Hickory Corp.  CA No 04-02779-G. Trial

Daniel Rubio v. New Century Mortgage Corporation, et. al.  Orange County Superior Court, case number  05CC00063. Mediation

Montrenes Cases:  Included Actions:  Lippert v. Montrenes Financial Services, Inc. and Donoso/Littell v. Montrenes Financial Services, Inc.  Orange County Superior Court, Case number JCCP 4414. Deposition



Michael J. Buchanan

Kenny Archila v. KFC U.S. Properties, Inc. United States District Court Central District of California Western Division, Case No. CV09-0107 R (FMOx). Deposition

Domonique Hines v. KFC U.S. Properties, Inc. United States District Court Southern District of California, Case No. 3:09-cv-02422-JM-POR. Deposition

Brian Behaein, Bersayna Clemente and Raquel Cruz v. Pizza Hut, Inc. Superior Court for the State of California for the county of Los Angeles (Central District). Case No. BC384563. Deposition

Walgreen Company Overtime Cases: Cayabyab v. Walgreen Co. and Collins v. Walgreen Co. Los Angeles County Superior Court Case No.: BC365439 and Santa Clara County Superior Court Case No.: 106CV-071163 Judicial Council Coordination Proceeding No. 4511. Deposition

SimplexGrinnell LP v. National Automatic Sprinkler Industry Pension Fund. American Arbitration Association. No. 16 621 00134 08. Deposition

Anna's Linen Overtime Cases: Included Actions Hernandez v. Anna's Linens Cos. Superior Court of California – County of Orange. Case Nos. OCSC 04NCC00660 and DSX GIC 840481. Deposition

Julie Campanelli et. al. v. The Hershey Company. United States District Court - Northern District of California, Case No. 08-cv-01862-BZ. Deposition

In Re Taco Bell Wage and Hour Actions. United States District Court – Eastern District of California, Fresno division. Master file: CV-F-07-1314 OWW/DLB. Deposition

Thomas Stevens v. Fresh & Easy Neighborhood Market, Inc. Superior Court of California – Los Angeles, Case No. BC418826. Deposition

Yvonne Taylor, et. al. v. Mercy Hospital of Pittsburgh, et. al. United States District Court – Western District of Pennsylvania Case 2:09-cv-00377-CB Deposition

William Tellous v. Acuity Specialty Products, Inc. and ZEP INC and DOES 1 through 100, inclusive, Case NO: JAMS REFERENCE NO. 1240021224



**EXHIBIT A PAGE 20**

# EXHIBIT 2

**EXHIBIT A PAGE 21**

# **Information Considered for Expert Report**

1. Plaintiffs' Consolidated Amended Class Action Complaint – 11/7/2012.
2. Plaintiffs' Second Amended Complaint – 12/7/2012.
3. Declaration of Colin B. Weir – 12/13/2013.
4. Bates SHCFOR0005254-55.
5. Bates SHCFOR0000230-231.
6. Bates SHCFOR0007822-7831.
7. iHerb.com website.
8. Amazon.com website.
9. Barnes and Bloom. "Complementary and Alternative Medicine Use Among Adults and Children: United States, 2007." National Health Statistics Reports, December 2008 (12): 1-24.
10. Posadzki, Watson, Alotaibi, and Ernst. "Prevalence of use of complementary and alternative medicine (CAM) by patients/consumers in the UK: systematic review of surveys." *Clinical Medicine*. 2013 April (13)2: 126-131.
11. Hanssen, Grimsgaard, Launso, Fonnebo, Falkenberg, and Rasmussen. "Use of complementary and alternative medicine in Scandinavian countries." *Scand J Prim Health Care*. 2005 Mar 23(1): 57-62.
12. Lim, Sadarangani, Chan, and Heng. "Complementary and alternative medicine use in multiracial Singapore." *Complementary Therapies in Medicine*. 2005 Mar 13(1): 16-24.
13. Xue, Zhang, Lin, Da Costa, and Story. "Complementary and Alternative Medicine Use in Australia: A National Population-Based Survey. *The Journal of Alternative and Complementary Medicine.* August 2007, 13(6): 643-650.
14. Brown. "Use of Complementary and Alternative Medicine by Physicians in St. Petersburg, Russia." *The Journal of Alternative and Complementary Medicine*. April 2008, 14(3): 315-319.
15. Stange, Amhof, and Moebus. "Complementary and Alternative Medicine: Attitudes and Patterns of Use by German Physicians in a National Survey." *The Journal of Alternative and Complementary Medicine*. December 2008, 14(10): 1255-1261.

# EXHIBIT 3

## <u>Example 5-Star Reviews for Hyland's Cold 'n Cough 4 Kids</u>

**Wow - worked GREAT!!**

1 person found the following review helpful



Posted by Reviewer1782896 From New York on Sep 19, 2011

**Purchased at iHerb**

My 3 year old is prone to &quot;daycare&quot; illnesses throughout the year. I had a very bad experience earlier this year with an allergy medication that completely changed my little angel into a depressed, impulsive monster. I swore NEVER AGAIN with RX and switched to homeopathic medications. He had a cold last week. I decided to try Hyland&#39;s Cold N Cough. Within 2 days it knocked the cold out of him. This has never happened in the history of his life (ok, ok, he&#39;s only 3 but still). Usually he is sick for weeks and then the antibiotics and then the ear infection...and so on. Not this time. Cold was gone and that was it. I&#39;m a believer in Hyland&#39;s now.

**Was this review helpful to you?**

**Report abuse**

**Note:** iHerb does not imply any medical claims from this review. Disclaimer.

**Great product**



Posted by Reviewer1299905 From Wisconsin on Jun 24, 2011

**Purchased at iHerb**

My grandkids love this product. It works well. I will purchase again.

**Was this review helpful to you?**

**Report abuse**

**Note:** iHerb does not imply any medical claims from this review. Disclaimer.

**EXHIBIT A PAGE 24**

**Hylands**



Posted by Reviewer1233797 From California on Jun 09, 2011

**Purchased at iHerb**

Best cold and cough we've used.

**Was this review helpful to you?**

**Report abuse**

**Note:** iHerb does not imply any medical claims from this review. Disclaimer.

**Great natural choice**



Posted by Reviewer1778717 From New Jersey on Jun 04, 2011

**Purchased at iHerb**

I have used this product before, but the price through iherb is quite a bit cheaper that at the store. It works very well to help coughing symptoms in my 4 yr old... and I will also take it too. It feels good to have a natural product drug free that works!!!

**Was this review helpful to you?**

**Report abuse**

**Note:** iHerb does not imply any medical claims from this review. Disclaimer.

**Awesome!!**



Posted by Reviewer2176449 From Kentucky on May 09, 2011

**Purchased at iHerb**

This is the best medicine we have ever used. We will keep buying it for all four of our kids and us.

**Was this review helpful to you?**

**Report abuse**

**Note:** iHerb does not imply any medical claims from this review. Disclaimer.

**Great Product**

⭐⭐⭐⭐⭐

Posted by Reviewer1859609 From Florida on Oct 05, 2009

**Purchased at iHerb**

The easiest syrup I have ever gotten my daughter to take, plus it works great!

**Was this review helpful to you?**

**Report abuse**

**Note:** iHerb does not imply any medical claims from this review. Disclaimer.

**This works on my daughter!**

⭐⭐⭐⭐⭐

Posted by Reviewer1215757 From New Jersey on Jul 20, 2009

**Purchased at iHerb**

There are a lot of alternative medicines for children out there and I find this medicine has worked the best on my daughter who is now 5.

**Was this review helpful to you?**

**Report abuse**

**Note:** iHerb does not imply any medical claims from this review. Disclaimer.

5.0 out of 5 stars **I was a skeptic, but it works!**, December 31, 2010
By
**Danielle Nguyen "Dinyell"** (North Carolina)  -  See all my reviews

My 2 year old recently caught a bit of a nasty cold. He has a scratchy, sore throat, a nasty cough, a runny nose, pretty much everything this product is claims to alleviate. I was highly skeptical. I usually am of homeopathic remedies because I have tried them in the past (everything from remedies for myself to remedies for pets) and they usually didn't work very well, if at all. But I needed to do SOMETHING for my kiddo! So after researching this product online, I found NO complaints about it at all! Even adults praised it for THEIR use! I also found that it has not been shown to interact with acetaminophen or ibuprofen, which is great because we had a bit of a fever to deal with for a day or two. So I went out and bought a bottle. I gave my son the dosage for his age (5 ml) and waited.
I swear within less than 30 minutes he was great! His cough was almost gone an his nose cleared right up! He still had a scratchy throat of course but at least it wasn't sore! I also liked the fact that the product is CLEAR (no nasty dyes!) and does NOT expire! So we can hang on to it for the next time my son gets a cold. I might even try it for myself if I get sick!


5.0 out of 5 stars **Can't believe it works!**, January 31, 2013
By
**S. Grossman**  -  See all my reviews
(REAL NAME)
**This review is from:** Hylands Homeopathic, Cold 'n Cough 4 Kids, 4 Oz (Health and Beauty)

I bought this "accidentally" a few months ago, not realizing it was homeopathic. Assuming it was useless, I never opened it and stuck it in the back of the cabinet. This week my 18 month old has come down with a miserable cold. Runny nose, cough, the works! I have tried tylenol and benadryl and both have helped a little. Tonight, out of desperation, I tried this stuff figuring it couldn't hurt. It's been 2 hours now and she hasn't coughed once! She's sleeping now and I can hardly believe it. Last night bedtime was a nightmare. I actually came on here to see if other people had similar experiences because I simply could not believe it worked so well.


5.0 out of 5 stars **Definitely worth EVERY penny!**, November 15, 2013
By
**Lorissa**  -  See all my reviews
**This review is from:** Hylands Homeopathic, Cold 'n Cough 4 Kids, 4 Oz (Health and Beauty)

I didn't order this particular item off of Amazon, but I felt like I just *had* to post my personal experience with this.

**EXHIBIT A PAGE 27**

So my husband, myself and my two year old son are super sick as I type this. This is the worst cold that we've had in a long, long time… My son had the WORST night ever last night… It hasn't been this bad since he was an infant that hadn't quite yet gotten to sleep through the night. He was crying so much because he just felt so awful. He kept saying his body hurt and he didn't feel good. This afternoon, I decided to go out to my local Walmart and buy this medicine and the results were amazing.

Before taking it, he just laid on the couch moaning and groaning. He didn't want to eat nor drink no matter what I tried. He didn't even sing along with his favorite songs on his shows… After about 30 minutes after taking it, he's laughing again, singing, dancing, eating, drinking… And I'm sure I'll get a lot of raised eyebrows, but he's currently jumping up and down on the couch as I type this and he's not showing signs of stopping. That's actually what brought me to review this. I mean, this is no cure by any means. He's still sick. I can hear his congestion, his nose is leaking a little still, and he's still sneezing and coughing on and off, but he's physically acting like he's not sick at all!

I haven't given him anything else, so it can't be anything else he's taking. It isn't anything he ate that did the trick because as I said, he didn't want to eat nor drink prior to taking the Hylands medicine.

Another plus to this product is that my son takes it and more than willingly drinks it! He keeps calling it "juice" even though I've corrected him with the dreaded "M" word (that's "M" for medicine, for those that might have not yet experienced what happens when you tell a toddler that medicine is coming their way). He actually takes his medicine himself. I don't have to hold him or restrain him at all! Usually I'd need my husband to help me with this, but I can do it myself with no problems! No tantrums! No tears! No medicine covered mommy and child… And floor… And furniture.

I definitely will be buying this again in the future. Tonight we use the night time version of this. Maybe tonight won't be so bad for him.

And just in case its asked… No, I am not paid by Hylands. I'm just a mom who stumbled across a product that actually works!


5.0 out of 5 stars **Works for adults too!**, November 10, 2012
By
**Jacinta** -  See all my reviews

I bought this from Target for my son, as none of the other cold remedies were suitable for his age (he's almost 3) and we've had good experiences with their teething and cold tablets for infants. It really seemed to help his cough and cold, and so when I came down with the most miserable cough/cold/knives-in-my-throat agony, I took some too. (I measure it out with a syringe for my son, but I just give myself two spoons of it - not tea spoons).

This stuff REALLY works. It doesn't taste foul, and within about half an hour my throat was significantly better, my nose was no longer congested, and my cough had subsided. It tastes pleasant, and doesn't have any side effects that I noticed -- certainly it didn't cause drowsiness or anything that would impair my ability to drive.

I actually can't think of any cold medicine I've taken that's worked as well as this one for me. We'll definitely always keep a bottle of this on hand now!

5.0 out of 5 stars **best product ever!**, January 14, 2013
By
**Jel** - See all my reviews
**This review is from:** Hylands Homeopathic, Cold 'n Cough 4 Kids, 4 Oz (Health and Beauty)

My son (5 years old)was getting very sick, with a flu epidemic around the corner. After a day and a half on this staff all symptoms were completely gone. I could not believe to my eyes.Wow!

**Miracle !!!! I swear this is heaven sent**, August 29, 2013
By
**NIna** - See all my reviews
**This review is from:** Hylands Homeopathic, Cold 'n Cough 4 Kids, 4 Oz (Health and Beauty)

Baby out of nowhere!!!! Began coughing tonight runny nose. I feel this product works better when caught earlier on. I rubbed eucalyptus oil on feet and gave him this 14 months<<< dose for weight. Within 15 20mins No COUGH! WHAT RUNNY NOSE!!! GREAT PRODUCT!

**EXHIBIT A PAGE 29**

## <u>Example 5-Star Reviews for Hyland's Nighttime Cold 'n Cough 4 Kids</u>

**Great Product!**

4 people found the following review helpful



Posted by 5463338051245617320 on Apr 16, 2013

**Purchased at iHerb**

My girl had cough & running nose since last week, she was up all night with a terrible cough and threw up food on my bed at midnight. Every time my daughter gets a cold she vomits, we have tried few cough medicine and it seems not to be working at all. I found a Hyland's Cold 'n Cough 4 kids lately at iherb.com, been doing lotsa information about this product. Finally I let her tried it, she can sleep through all the night. She recovered pretty fast and her cough gradually went away in just few days!

**Was this review helpful to you?**

**Report abuse**

**Note:** iHerb does not imply any medical claims from this review. Disclaimer.


**Great Product**

1 person found the following review helpful



Posted by Reviewer2712381 From New York on Nov 09, 2011

**Purchased at iHerb**

I am a fan of Hylands products for children, I have found that all of their quality products are very effective. The Cold 'n Cough 4 kids medicine works very well for my son.

**Was this review helpful to you?**

**Report abuse**

**Note:** iHerb does not imply any medical claims from this review. Disclaimer.

**EXHIBIT A PAGE 30**

**It really works!**, October 11, 2011
By
Angel - See all my reviews
This review is from: Hyland's Nighttime Cold 'n Cough 4 Kids 4 OZ (Health and Beauty)

I have tried the Hylands teething tablets in the past but could never really tell if they were
helping or not (my children never had a terribly bad time with teething, but when I noticed
that they were drooly or uncomfortable I would sometimes give them something). So, I was
skeptical as to whether or not homeopathic treatments were helpful in general.

Well I'm here to tell you, this stuff *REALLY* works!

I have 3 year old twin girls and a 1 year old boy and they all got a miserable cold a few
weeks ago. One of my girls, in particular, was suffering because she could not suck her
thumb with a stuffy nose and so she could not get to sleep. After sitting up with a fussy,
miserable kid all night long I went to the drug store to see what I could do to help them out.

Since they have taken all cold medications for toddlers off the market my only options were
homeopathic meds. After looking at a few different brands I chose this and a honey based
cough syrup.

I am thrilled to report that every night since buying this product I have given this to all
three of my children (yes, they are still sick!) and they have been able to sleep through the
night comfortably. It made a huge, HUGE differenc for us and I couldn't be happier. I am
going to buy as much of this stuff as I can get my hands on!


**Works great!**, May 16, 2012
By
Cara Gayle Ritter "critter" (Kalamazoo, MI) - See all my reviews
(REAL NAME)
This review is from: Hyland's Nighttime Cold 'n Cough 4 Kids 4 OZ (Health and Beauty)

I bought this for my 3 year old since there aren't really any cough/cold meds for her age
group. It really seemed to help her the two nights I gave it to her. So when I came down
the same thing and was totally miserable with a horrible sore throat I took Nyquil one night,
tossed and turned with crazy dreams so the next night I figured why not and gave this a
try. I slept great and woke up feeling tons better. I was still sick the next day so the next
night I tried Nyquil just to see if maybe it was a fluke or I was just a lot better, same thing
congested and miserable the second part of the night after it wore off and crazy dreams
again. I have also used Hyland's Flu Care and it drastically cut down the duration of the
illness and my symptoms. People can claim it is just the placebo affect and that is fine, as
long as it makes me feel better, and is safe, I don't care.

**EXHIBIT A PAGE 31**

5.0 out of 5 stars **Love it!**, April 28, 2012
By
**lynma** - See all my reviews
**This review is from:** Hyland's Nighttime Cold 'n Cough 4 Kids 4 OZ (Health and Beauty)

This is the 2nd night we've given this to our daughter, and as we speak she is sleeping like
a lamb! She is a very high strung up child with a TON of energy. Consequently, she doesn't
get the rest she needs when she's sick. She came down with a fever and a nasty cough. I
usually give her Umcka or Tylenol (when I'm feeling super desperate) but because her
cough was so horrific, I gave her Hyland's and that did the trick! Today, we had minimal
coughing but I still gave her a dose tonight as we had an action packed day. I will never be
without this product!


**Works great!**, September 29, 2012
By
**The Fashionable Housewife "Sarah"** (New England) - See all my reviews

Both my kids (5 and 2 yo) were sick all last week and this definitely and very noticeably
helped reduce their symptoms. It's not magical, but it did cut down on the mucus
production so their nose wasn't running constantly (especially helpful at night), much less
coughing and completely took care of their sore throats (or so was the report according to
them). It did not get rid of the fever, but it was only 99.2 - 100.2 so it didn't need to be
taken care of anyway. At one point during the worst part of the cold, my 5 year old
complained of a horrible headache and body aches, so I gave her one dose of children's
ibuprofen, which to my dismay, contained SUGAR and red dye, which promptly made her
hyper and "think" that she felt better. Then all the running around made her end up feeling
worse in the end. I recommend sticking to the natural stuff whenever possible. This
nighttime formula and the regular "daytime" one, both work great for easing cold
symptoms.

(I also give my kids Source Naturals Wellness Herbal Kids Liquid, 4-Ounce while they are sick which
helps them actually get over the cold faster.)

**EXHIBIT A PAGE 32**

# Example 5-Star Reviews for Hyland's Cough Syrup with 100% Natural Honey 4 Kids

5.0 out of 5 stars **Best cough remedy, the natural way.**, February 5, 2009
By
**Vijaya Kumar** - See all my reviews
(REAL NAME)

My son was suffering from severe cough for almost a week. His pediatrician suggested not to give any medication for cough. His eating reduced a lot and whatever he ate came out later due to the cough. He was only having fluids and became very tired. Also the cough was keeping him awake all night. We were very upset as we were not able to do anything until I read about Hyland's Cough Syrup With Honey For Kids.

The first dose we gave him showed good results and within a few doses his coughing reduced dramatically. This is a great natural remedy for kids cough.

5.0 out of 5 stars **This stuff really works!**, January 7, 2013
By
**WillowMist** - See all my reviews
**Amazon Verified Purchase**(What's this?)

My 2.5 yr old has gotten so many colds this winter and this cough medicine has given her so much relief from her coughing. I had a terrible cough as well and tried it (just the kid's dose!) and even that helped me tremendously. This is definitely something I will keep stocked in our medicine cabinet.

5.0 out of 5 stars **Best cough medicine for kids and adults**, October 21, 2012
By
**Gigi** - See all my reviews

This cough medicine is AMAZING! We use it when we have colds, meaning the kids, my husband and I!I highly reccomend this product and I do when friends of ours are having issues with their kids not sleeping and coughing all night and now they are firm belivers in this product!

**EXHIBIT A PAGE 33**

5.0 out of 5 stars **Go to cough syrup**, August 10, 2013
By
**Thad Harvey** (Lumber City, GA United States) - See all my reviews
**Amazon Verified Purchase**(What's this?)

For our children, we keep this handy. If a cough comes on, we reach for this and it helps them get a good night's sleep. It also seems to help alleviate the cold, rather than simply mask the symptoms.

5.0 out of 5 stars **The only thing that works…**, January 28, 2013
By
**VA Frugal Shopper** - See all my reviews
**Amazon Verified Purchase**(What's this?)

for my child's cough. I would recommend it to anyone who has a child prone to developing colds with bad coughs.

**EXHIBIT A PAGE 34**

## Example 5-Star Reviews for Hyland's Sniffles 'n Sneezes 4 Kids

**really helps**

⭐⭐⭐⭐⭐

Posted by Reviewer3046375 From California on Jan 01, 2011

**Purchased at iHerb**

my 2 yr old has been sneezing with runny nose. these tabs puts the glow back in her. its safe and gentle :)

**Was this review helpful to you?**

**Report abuse**

**Note:** iHerb does not imply any medical claims from this review. Disclaimer.

**good product**

⭐⭐⭐⭐⭐

Posted by Reviewer2478763 From California on Jan 18, 2011

**Purchased at iHerb**

Easy for kids to take. Start taking as soon as they feel a cold coming on and it seems to help.

**Was this review helpful to you?**

**Report abuse**

**Note:** iHerb does not imply any medical claims from this review. Disclaimer.

**excellent care for little ones**

⭐⭐⭐⭐⭐

Posted by Reviewer3360163 From California on Mar 17, 2011

**Purchased at iHerb**

we buy this product to give to my 3 and 4 year old sons works great!

**Was this review helpful to you?**

**Report abuse**

**Note:** iHerb does not imply any medical claims from this review. Disclaimer.

5.0 out of 5 stars **works like a charm!**, March 31, 2010
By
**J. Patterson** (San Francisco, CA USA)  -  See all my reviews
(REAL NAME)
**This review is from:** Hylands - Sniffles `n Sneezes 4 Kids 125 tabs

I am dubious of the effectiveness of anything homeopathic, but I must say I was amazed at how well this works. My 14-mo-old's last cold lasted a week+, and she was miserable every day and night with the constant runny nose, labored beathing, etc. Humidifier, Vic's Vapor Rub, nightly warm baths...nothing seemed to work well. This time I tried the Hylands on the first day (halved the dosage). By the end of the evening her runny nose has cleared up, and today (one day later) it's all but gone - at least the pesky symptoms. But what a relief! I highly recommend this product, although my pediatrician pointed out that, being homeopathic, it is not regulated by the FDA and he couldn't vouch for whatever is in it. Nevertheless, it seems to work wonders.

5.0 out of 5 stars **This stuff really works!**, February 19, 2013
By
**Crystal**  -  See all my reviews
**Amazon Verified Purchase**(What's this?)
**This review is from:** Hylands - Sniffles `n Sneezes 4 Kids 125 tabs

My daughter just started daycare about 6 months ago and has been sick nonstop. I feel like her nose has done nothing but run all day since she started. I have been researching herbal remedies to try and stumbled upon these a couple weeks ago. The first time I tried them was last weekend and I have no idea how it works, but it really did! She started getting another runny nose, sneezing, and coughing so I popped a few of these in her mouth every couple hours. I kid you not, her nose stopped running and she never got a full blown cold. Now it could have just been a really strange coincident but I will update this review in a couple months as I am sure she will catch something again soon!

**EXHIBIT A PAGE 36**

5.0 out of 5 stars **"Circle Pills"**, March 23, 2012
By
**Denise Weintz** (BRISTOW, VA, US) - See all my reviews
**This review is from:** Hylands - Sniffles `n Sneezes 4 Kids 125 tabs

My little one who is 5 now loves his "circle pills". I am convinced they have saved us many sick days in previous years including this morning which is why I'm on Amazon buying more.

5.0 out of 5 stars **Works!**, April 1, 2013
By
**Carrie Sansom** - See all my reviews
**Amazon Verified Purchase**(What's this?)
**This review is from:** Hylands - Sniffles `n Sneezes 4 Kids 125 tabs

We've been using these for the past 7 months, and they really work. Every time my daughter starts with a runny nose or sneezing, I give her two of these every four hours (while she's awake) and she's better within the next day or two. We've seen a dramatic decrease in her bouts with the cold virus this year.

**EXHIBIT A PAGE 37**

## <u>Example 5-Star Reviews for Hyland's Complete Flu Care 4 Kids</u>

**it works!**



Posted by Reviewer2040876 on Mar 22, 2012

**Purchased at iHerb**

I tried to use it on myself before giving it to my child. I think it works. Usually I get much worse on the second day of the flu, after taking these tables, I woke up fresh and the sore throat and sniffles were gone! I can't believe it. Will be buying more

**Was this review helpful to you?**

**Report abuse**

**Note:** iHerb does not imply any medical claims from this review. Disclaimer.


5.0 out of 5 stars **It Works for My Family**, November 26, 2011
By
**Windflower "WMB"** (White Mountains, Arizona) - See all my reviews
**This review is from:** Hyland's Complete Flu Care, 120 Tablets (Health and Beauty)

My sympathy to the reviewer who had an adverse reaction to this medication. I wonder if they might be allergic to something in the mixture? I know there a some herbs I cannot take.

I thought I would explain, with my limited understanding, of how homeopathics are made and work. From what I understand, an herb is taken and diluted. And then that dilution is diluted again. And then that dilution is diluted again. So on and so on. So if you are taking a 8x homeopathic remedy, that remedy has gone through the dilution and RE-dilution process eight times. If you are taking a 30x remedy, that dilution has gone through the process of dilution 30 times.

Critics say by the time an herb is diluted that many times, there is nothing left of the original herb--it becomes a placebo, hence if someone has any reaction, positive or negative, it is a placebo effect. Proponents say that the diluted herbal homeopathics work on the energy level of our bodies.

Which ever it is, homeopathics work for me. I have autoimmune disorders and am very sensitive to over the counter medications. I take many Hyland products, and most have

worked well for me, however a few I have had adverse reactions too, usually because there is a known allergy to an herb in the remedy (the Calm's Forte is one I cannot take). This Flu remedy works really well for me, especially if I take it when I first feel flu symptoms.

I usually take the 30x dilutions, since my body seems to respond better to gentler meds, however, I notices the Flu remedy is only a 3x dilution, and so I believe it would cause a more severe allergic reaction if someone happened to be allergic to one of the ingredients. Hope this helps, and if anyone can explain it better, please do so!

5.0 out of 5 stars **Homeopathic Alternative**, December 13, 2011
By
**C. Marcotte** -  See all my reviews
(REAL NAME)
**Amazon Verified Purchase**(What's this?)

This same product was originally purchased in a grocery chain in FL. I moved out of state and could not locate it here. I asked family to see if they could get me more where it was first purchased...no luck..it is no longer carried there. Went on the manufacturer's website and found it but before I ordered it I checked Amazon...It was almost half the cost than the manufacturer! This product has worked for me whenever I feel a cold coming on. I definitely recommend it.

# EXHIBIT B

SCIENCE AND GOVERNMENT

# Review for NCCAM Is Overdue

Political influences and the basic structure of The National Center for Complementary and Alternative Medicine have compromised its quality.

Donald M. Marcus[1]* and Arthur P. Grollman[2]

The U.S. National Institutes of Health (NIH) were created by Congress to conduct research on the causes and treatment of common diseases. In contrast, the National Center for Complementary and Alternative Medicine (NCCAM) was created by pressure from a few advocates in Congress (1–3). The NCCAM budget for 2005 was $123.1 million. At a time when NIH support of biomedical research is decreasing (4) and many excellent grant proposals are not being funded, NCCAM's expenditure of funds deserves scrutiny.

### History of OAM and NCCAM

NCCAM began as the Office of Alternative Medicine (OAM) in 1992 (1–3). It was created within the office of the NIH director with a budget of $2 million by a directive from the Senate Appropriations Committee. The driving force behind the directive was Senator Tom Harkin (D–IA), chairman of the Appropriations Committee, a long-time supporter of NIH research and advocate for alternative medicine.

In 1997, Senator Harkin proposed that OAM become an independent center with direct authority to appoint peer-review panels and to award grants. Despite opposition to this proposal from prominent scientists, including former presidential science adviser D. Allen Bromley and Nobel laureates Paul Berg and Jerome Friedman (5, 6), NCCAM was created in 1998 with an initial budget of $50 million. In response to Harkin's complaints that alternative medicine specialists were excluded from previous review panels, the new NCCAM charter stipulated that 12 of the 18 members of the NCCAM Advisory Council "shall be selected from among the leading representatives of the health and scientific disciplines … in the area of complementary and alternative medicine. Nine of the members shall be practitioners licensed in one or more of the major systems with which the Center is involved" (7).

In 1999, Stephen Straus, a respected virologist and immunologist, and chief of the Laboratory of Clinical Investigation of the National Institute of Allergy and Infectious Diseases, was appointed director of NCCAM. He has stated frequently that alternative therapies can and should be evaluated by the same methodology used in clinical trials of conventional treatments (8). What kinds of studies has NCCAM funded?

> **"We believe** that NCCAM funds proposals of dubious merit; its research agenda is shaped more by politics than by science; and it is structured by its charter in a manner that precludes an independent review of its performance."



### Clinical Trials Funded by NCCAM

A major emphasis of NCCAM's first 5-year strategic plan was to perform phase III clinical trials of popular herbal medicines and other supplements to inform the public about their efficacy (9). Accordingly, the fraction of funds allocated to clinical research by NCCAM has been high, ranging from 80% in fiscal 2000 to 68% in 2004, compared with ~33% by the rest of NIH. The results of clinical trials of St. John's wort, echinacea, and saw palmetto have

been published (10–12), and none of these herbal medicines was more effective than the placebo controls. Although Straus has commented that "he for one is satisfied that echinacea is not an effective cold remedy" (13), spokesmen for the herbal and nutraceutical industries predictably responded that the studies were flawed and that more research is needed. It appears doubtful that these negative trials will change the practices of many people who use herbal remedies, given their belief in the healing power of natural products and their distrust of physicians, scientists, and the pharmaceutical industry. When regular users of dietary supplements were asked, "If a government agency said that the dietary supplement is ineffective, what would you do?," 71% responded that they would keep using the supplement (14).

NCCAM's strategic plan for 2005–09 (9) recognizes the lack of quality control of commercial herbal products, a problem that is a consequence of the Dietary Supplement Health and Education Act of 1994 (DSHEA), which markedly restricts the Food and Drug Administration's (FDA's) authority to regulate dietary supplements. As Berman and Straus stated (8), "Herbal medicines are plagued by contamination with heavy metals and filth, by adulteration with prescription drugs, wide divergence from labeled content, interference with the pharmacokinetics of life-saving drugs, and even some inherent toxicities," an assessment that is supported by many reviews (15, 16).

To improve the quality of natural products used in clinical trials, NCCAM recommended chromatographic analysis of extracts and of their putative active ingredients (17). However, the number and identity of the active ingredients of most herbal remedies are unknown, and chromatographic analysis would not ensure standardization of biological activity or stability. Moreover, because there are few regulations governing herbals manufacture, products bought by the public will differ from the research materials. We see little reason, therefore, for NCCAM to continue to finance expensive clinical trials of plant extracts (18).

Two clinical trials supported by NCCAM deserve comment. In collaboration with the National Heart, Lung, and Blood Institute,

[1]Department of Medicine, Baylor College of Medicine, Houston, TX 77030; [2]Department of Pharmacological Sciences, State University of New York at Stony Brook, Stony Brook, NY 11794, USA.

*Author for correspondence. E-mail: dmarcus@bcm.tmc.edu

CREDIT: PHOTOS.COM

Downloaded from www.sciencemag.org on July 29, 2013

NCCAM is funding a 5-year $30 million trial of EDTA (ethylenediaminetetraacetic acid) chelation therapy for coronary artery disease (19). It is being carried out at more than 100 sites and involves over 2300 patients. The justification for this study is that many patients are receiving chelation therapy, although it is not approved by the FDA and off-label use for treating heart disease is currently illegal. The American Heart Association and other national medical organizations have issued statements concerning the lack of evidence for its benefit (20), and smaller controlled trials (21–24) have found chelation therapy to be ineffective. Will another negative trial modify the practice of individuals who choose to ignore existing negative evidence and risk legal sanctions?

Another clinical trial compares the use of the chemotherapeutic agent gemcitabine with the Gonzalez regimen in patients with stages II to IV pancreatic cancer (25). The beliefs that underlie this regimen are that cancer is caused by a deficiency of pancreatic proteolytic enzymes that would normally eliminate cancer cells and their toxic products, and that environmental toxins cause imbalances in the body that lead to cancer (26). Patients are treated with porcine pancreatic enzymes, coffee enemas twice daily, and nutritional supplementation that includes Papaya Plus, vitamins, minerals, "animal glandular products," and other products four times daily. Severe adverse effects have been associated with the Gonzalez regimen (26, 27).

Two important criteria used by scientific review groups to evaluate grant proposals are scientific plausibility and promising preliminary data. No evidence in peer-reviewed journals supports either the plausibility or the efficacy of chelation therapy or the Gonzalez protocol. We believe that funding these projects confers undeserved legitimacy on alternative practices and reflects poorly on the NIH review process.

### Review Groups and Advisory Panels

Because of its charter, NCCAM review groups include individuals whose primary training is in alternative therapies, as well as representatives of the botanical industry. In terms of training and publications in medical and scientific journals, their scientific credentials are limited; also, some have potential conflicts of interest. Well-qualified scientists also serve on NCCAM review panels, but their influence is constrained by the narrow NCCAM agenda that emphasizes trials of alternative therapies.

Another problem is that a handful of individuals have been influential in shaping the agendas of OAM and NCCAM. Since the inception of OAM in 1992, those who have written policy papers (28) also have served on review panels and advisory groups and have received numerous grants for research and education.

### Evaluation of NCCAM

Oversight of extramural programs is the responsibility of the advisory councils of institutes and centers. The extramural program of NCCAM has escaped critical evaluation because its charter requires a preponderance of proponents of alternative medicine on its council.

In 2002, the Institute of Medicine (IOM) was commissioned by NIH and the Agency for Healthcare Research and Quality (29) to "explore scientific, policy and practice questions that arise from the significant and increasing use of CAM [complementary and alternative medicine] therapies by the American public." One of three tasks assigned to the IOM Committee was to "Identify major scientific, policy and practice issues related to CAM research." Seven of the 17 committee members were CAM practitioners or directed CAM and integrative medicine centers. The IOM report identified problems in CAM research, such as the variable composition of herbal medicines and limited number of individuals with research training in the CAM community. Unfortunately, the IOM committee did not evaluate the quality of NCCAM-funded trials or the value of spending hundreds of millions of dollars on CAM research.

### Conclusions

We believe that NCCAM funds proposals of dubious merit; its research agenda is shaped more by politics than by science; and it is structured by its charter in a manner that precludes an independent review of its performance. The central issue is not whether research into alternative therapies should be supported by NIH. In view of the popularity of alternative therapies, it is appropriate to evaluate the efficacy and safety of selected treatments. The issue is that the administration of research by NCCAM falls below the standards of other NIH institutes and that the evaluation of alternative therapies could be performed by mechanisms that are already in place at NIH. We do not question the qualifications or integrity of Stephen Straus and his staff. However, because of the constraints under which it operates, NCCAM is unable to implement a research agenda that addresses legitimate scientific opportunities or health-care needs (30). Applicants for NCCAM grants must follow the center's guidelines that stipulate which therapies are eligible for study. In contrast, applicants to NIH institutes can propose any project that may provide new insights into human biology or the pathogenesis or treatment of disease.

### Recommendations

We propose that the IOM appoint an independent panel of scientists to review NCCAM. The panel should evaluate the center's unique charter as well as its research portfolio, and its members should not include NIH or NCCAM staff, NCCAM grantees, and other stakeholders. An independent review is likely to be strongly opposed by members of Congress whose beliefs led to the creation of NCCAM and the passage of the DSHEA. Therefore, scientists and professional organizations should communicate to Congress and to Elias Zerhouni, the director of NIH, their strong support for an external assessment of NCCAM.

#### References and Notes

1. J. H. Young, *Bull. Hist. Med.* **72**, 279 (1998).
2. E. Marshall, *Science* **265**, 2000 (1994).
3. S. Budiansky, *U.S. News World Rep.*, 17 July 1995, p. 48; (www.usnews.com/usnews/culture/articles/950717/archive_032434.htm).
4. J. Mervis, *Science* **311**, 28 (2006).
5. G. Vogel, *Science* **278**, 378 (1997).
6. J. Couzin, *Science* **282**, 2175 (1998).
7. National Advisory Council for Complementary and Alternative Medicine (NACCAM) (http://nccam.nih.gov/about/advisory/naccam/charter.htm).
8. J. D. Berman, S. E. Straus, *Annu. Rev. Med.* **55**, 239 (2004).
9. "Expanding horizons of health care: Strategic plan 2005–2009" [National Center for Complementary and Alternative Medicine (NCCAM), U.S. Department of Health and Human Services, National Institutes of Health, Bethesda, MD, 2005].
10. J. S. Markowitz *et al.*, *JAMA* **290**,1500 (2003).
11. R. B. Turner *et al.*, *N. Engl. J. Med.* **353**, 341 (2005).
12. S. Bent *et al.*, *N. Engl. J. Med.* **354**, 557 (2006).
13. G. Kolata, *New York Times*, 28 July 2005.
14. R. J. Blendon, C. M. DesRoches, J. M. Benson, M. Brodie, D. E. Altman, *Arch. Intern. Med.* **161**, 805 (2001).
15. P. A. G. M. De Smet, *Clin. Pharmacol. Ther.* **76**, 1 (2004).
16. M. Elvin-Lewis, *Adv. Food Nutr. Res.* **50**, 219 (2005).
17. NCCAM, Policy announcement on the quality of natural products, 2003; (http://nccam.nih.gov/research/policies/bioactive.htm).
18. W. Sampson, *N. Engl. J. Med.* **353**, 337 (2005).
19. "NIH launches large clinical trial on EDTA chelation therapy for coronary artery disease," press release, 30 August 2002; (http://nccam.nih.gov/news/2002/chelation/pressrelease.htm).
20. "Questions and answers about chelation therapy," American Heart Association (www.americanheart.org/presenter.jhtml?identifier=3000843).
21. E. Ernst, *Am. Heart J.* **140**,139 (2000).
22. M. L. Knudtson *et al.*, *JAMA* **287**, 481 (2002).
23. M. V. Villaruz, A. Dans, F. Tan, *Cochrane Database Syst. Rev.* **2002**(4), CD002785 (2002).
24. D. M. R. Seely, P. Wu, E. J. Mills, *BMC Cardiovasc. Disord.* **5**, 32 (2005).
25. Gemcitabine compared with pancreatic enzyme therapy plus specialized diet (Gonzalez regimen) in treating patients who have stage II, stage III, or stage IV pancreatic cancer (http://clinicaltrials.gov).
26. Metabolic therapy, American Cancer Society (www.cancer.org).
27. S. Green (www.quackwatch.org/01QuackeryRelatedTopics/Cancer/kg.html).
28. "Alternative medicine: Expanding medical horizons: A report to the National Institutes of Health on alternative medical systems and practices in the United States," Workshop on Alternative Medicine, Chantilly, VA, 14 to 16 September 1992 (Government Printing Office, Washington, DC, 1995).
29. Committee on the Use of Complementary and Alternative Medicine by the American Public, *Complementary and Alternative Medicine in the United States* (Institute of Medicine, The National Academies Press, Washington, DC, 2005), chap. 9.
30. E. Stokstad, *Science* **288**, 1568 (2000).

10.1126/science.1126978

Downloaded from www.sciencemag.org on July 29, 2013

EXHIBIT B PAGE 41

# EXHIBIT C

**Gurvitz, Matt**

---

| | |
|---|---|
| **From:** | Stroup, Stephanie |
| **Sent:** | Monday, December 30, 2013 2:07 PM |
| **To:** | 'L. Timothy Fisher' |
| **Cc:** | ''Anthony Vozzolo (avozzolo@faruqilaw.com)'; 'Andrea Clisura (aclisura@faruqilaw.com)'; 'Annick Persinger (apersinger@bursor.com)'; Margulies, Jeffrey; Gurvitz, Matt |
| **Subject:** | RE: Forcellati v. Hyland's - Supplemental briefing schedule re ascertainability analysis on class certification |

We think that it is not proper for Plaintiffs to be able to submit statements regarding their proposal for how to ascertain the class and Defendants not be able to respond.  It is Plaintiffs' burden to demonstrate ascertainability – and Defendants should have the chance to respond.  If Plaintiffs will not agree to this reasonable briefing schedule, Defendants reserve all rights to seek supplemental briefing to respond to new allegations about ascertainability not raised in the class certification briefing.

Regarding your joint supplemental brief – we would request that we have until at least January 9 to send you our response, due to the intervening holiday.  Please advise as to whether you will grant this extension.

Regards,

**Stephanie Stroup** | Sr. Associate
Fulbright & Jaworski LLP
555 South Flower Street, Forty-First Floor, Los Angeles, California 90071, United States
Tel +1 213 892 9315 | Fax +1 213 892 9494
stephanie.stroup@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

*Our website and email addresses have changed—please update your records accordingly.*

**From:** L. Timothy Fisher [mailto:ltfisher@bursor.com]
**Sent:** Monday, December 30, 2013 1:11 PM
**To:** Stroup, Stephanie
**Cc:** 'Anthony Vozzolo (avozzolo@faruqilaw.com); Andrea Clisura (aclisura@faruqilaw.com); Annick Persinger (apersinger@bursor.com); Margulies, Jeffrey; Gurvitz, Matt
**Subject:** Re: Forcellati v. Hyland's - Supplemental briefing schedule re ascertainability analysis on class certification

Stephanie:
We do not agree with your proposal for the joint supplemental brief.  We want to follow the Court's order and submit one joint brief on February 3.  Each side will have 15 pages.  You send us your portion before the close of business on February 3 and we will file the combined brief that day.

Also, we plan to serve our portion of the L.R. 37-2.1 joint stipulation today. We intend to serve it by email today and anticipate that we will receive your response on January 6.  If you believe that email service is improper or that your response would be due on a different date, please let us know immediately.  Thanks,

Tim

**EXHIBIT C PAGE 42**

--
L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, California 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com


On Mon, Dec 30, 2013 at 9:16 AM, Stroup, Stephanie <stephanie.stroup@nortonrosefulbright.com> wrote:

Counsel:


Just checking in on the briefing schedule I proposed to Anthony last week during our meet and confer.


Specifically, I suggested that Plaintiffs submit their "opening brief" to Defendants on 1/13, Defendants to submit their response on 1/27, and Plaintiffs to provide any reply and file the brief on February 3 – the date ordered by the Court.  Both parties shall have 15 pages total – so Plaintiffs would need to reserve any pages they wanted to potentially use for a reply in advance (i.e., use 10 pages on their opening brief, and 5 pages for reply).  Of course – if Plaintiffs do not want a reply – we can just adjust the schedule for an opening and a response.


Please let me know your thoughts on this issue as soon as possible.


**Stephanie Stroup** | Sr. Associate

Fulbright & Jaworski LLP

555 South Flower Street, Forty-First Floor, Los Angeles, California 90071, United States
Tel +1 213 892 9315 | Fax +1 213 892 9494

stephanie.stroup@nortonrosefulbright.com


**NORTON ROSE FULBRIGHT**


*Law around the world*

nortonrosefulbright.com

**EXHIBIT C PAGE 43**

*Our website and email addresses have changed—please update your records accordingly.*

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz Inc) and Fulbright & Jaworski LLP, each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.

3

**EXHIBIT C PAGE 44**