

**FILED**

JUL 08 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ENZO FORCELLATI and LISA ROEMMICH, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs - Respondents,<br><br> v.<br><br>HYLAND'S, INC.; et al.,<br><br>        Defendants - Petitioners. | No. 14-80058<br><br>D.C. No. 2:12-cv-01983-GHK-MRW<br>Central District of California, Los Angeles<br><br>ORDER |



Before: HAWKINS and WARDLAW, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's April 9, 2014 order granting in part class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

KK/MOATT