JEFFREY B. MARGULIES (BAR NO. 126002)
jeff.margulies@nortonrosefulbright.com
STEPHANIE A. STROUP (BAR NO. 235071)
stephanie.stroup@nortonrosefulbright.com
MATTHEW M. GURVITZ (BAR NO. 272895)
matthew.gurvitz@nortonrosefulbright.com
**FULBRIGHT & JAWORSKI LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

Attorneys for Defendants
STANDARD HOMEOPATHIC COMPANY,
STANDARD HOMEOPATHIC LABORATORIES,
INC. and HYLAND'S, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENZO FORCELLATI and LISA ROEMMICH, on behalf of themselves and all others similarly,<br><br>Plaintiffs,<br><br>v.<br><br>HYLAND'S INC., STANDARD HOMEOPATHIC LABORATORIES, INC., and STANDARD HOMEOPATHIC COMPANY,<br><br>Defendants. | Case No.  2:12-CV-01983 GHK (MRWx)<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing<br>Date:    October 27, 2014<br>Time:    9:30 a.m.<br>Ctrm:    650<br>Judge:   George H. King |

DOCUMENT PREPARED ON RECYCLED PAPER

53673820.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on October 27, 2014, at 9:30 a.m., or as soon thereafter as counsel may be heard, before the Hon. George H. King, in Courtroom 650 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012, Defendants Hyland's, Inc., Standard Homeopathic Company, and Standard Homeopathic Laboratories, Inc. ("Defendants") will and hereby do move the Court for an order granting summary judgment with respect to Plaintiffs' Enzo Forcellati and Lisa Roemmich ("Plaintiffs") Consolidated Amended Class Action Complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure.

This Motion is made on the following grounds:

1. Plaintiffs lack sufficient evidence to demonstrate that the challenged representations are false or misleading under the California Consumer Legal Remedies Act, Unfair Competition Law, and False Advertising Law, requiring judgment as a matter of law in favor of Defendants.

2. Plaintiffs lack sufficient evidence to prevail on their breach of express or implied warranty claims, requiring judgment as a matter of law in favor of Defendants.

3. Plaintiffs have failed to meet the statutory requirements to bring a claim under the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301, *et seq.*, requiring judgment as a matter of law in favor of Defendants.

4. Plaintiffs lack sufficient evidence to prevail on their claim for punitive damages under the CLRA, requiring judgment as a matter of law in favor of Defendants.

5. Plaintiffs' claims are barred by the doctrine of preemption, requiring judgment as a matter of law in favor of Defendants.

This Motion is based on this Notice of Motion and Motion, and the concurrently filed Joint Memorandum of Points and Authorities, the Statement of

1  Uncontroverted Facts, the Evidentiary Appendix, the original deposition transcripts
2  concurrently lodged herewith, the Declarations of Matthew M. Gurvitz and L.
3  Timothy Fisher, the pleadings and papers on file herein, and upon such matters as
4  may be presented to the Court at the hearing on this Motion.
5      This Motion is made following the conference of counsel pursuant to L.R. 7-
6  3, which took place on April 7, 2014.

8  Dated:   September 5, 2014     JEFFREY B. MARGULIES
                                  STEPHANIE A. STROUP
                                  MATTHEW M. GURVITZ
9                                 **FULBRIGHT & JAWORSKI LLP**

11                                    /S/ Stephanie A. Stroup
                                  STEPHANIE A. STROUP
                                  Attorneys for Defendants
12                                STANDARD HOMEOPATHIC
                                  COMPANY, STANDARD
13                                HOMEOPATHIC LABORATORIES,
                                  INC. and HYLAND'S, INC.