

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENZO FORCELLATI and LISA ROEMMICH, on Behalf of Themselves and all Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HYLAND'S, INC., STANDARD HOMEOPATHIC LABORATORIES, INC., and STANDARD HOMEOPATHIC COMPANY,<br>　　　　　　　　　Defendants. | CASE NO. 2:12-CV-01983 GHK (MRW)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO FILE PORTIONS OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL**<br><br>The Honorable George H. King |

# [PROPOSED] ORDER

Having reviewed Defendants Hyland's, Inc., Standard Homeopathic Laboratories, Inc., and Standard Homeopathic Company ("Defendants") application, and good cause appearing, IT IS HEREBY ORDERED that Defendants may file the following documents, or portions of documents, under seal:

1. Exhibits 13, 14, and 16 to the Evidentiary Appendix Regarding Defendants' Motion for Summary Judgment;
2. Footnotes 5 and 7 of the Joint Memorandum of Points and Authorities Regarding Defendants' Motion for Summary Judgment;
3. Statement of Uncontroverted Facts P100 and P108 of the Statement of Uncontroverted Facts Regarding Defendants' Motion for Summary Judgment.

Date : 9/10/14

Hon. George H. King
United States District Judge