E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1983-GHK(MRWx) | Date | FEBRUARY 4, 2015 |
|---|---|---|---|
| Title | ENZO FORCELATTI vs. HYLAND'S INC., et al. | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

ANTHONY VOZZOLO
LAWRENCE FISHER
ANNICK PERSINGER

Attorneys Present for Defendants:

JEFFREY B. MARGULIES
STEPHANIE STROUP

**Proceedings:**   **(IN CHAMBERS) TELEPHONIC STATUS CONFERENCE**

Court conducts telephonic status conference with counsel to determine the propriety of further settlement conference. Counsel appear to be in favor of such conference if it can resolve this action and the other pending action (*Allen v. Hyland's*, CV 12-1150-DMG(MANx)) in a potential global settlement. Counsel for plaintiff in the *Allen* action are additional counsel for plaintiff in this action. Counsel for defendants in this action also represent defendants in the *Allen* action.

We have now conferred with Judge Dolly M. Gee, the presiding judge in the *Allen* case, who concurs in the parties' participating in a global settlement conference before Judge Jay C. Gandhi. Accordingly, counsel for the parties **in both actions** are hereby ordered to contact the court clerk to Judge Gandhi, forthwith, to clear a mutually convenient date for settlement conference before Judge Gandhi. All parties shall comply with Judge Gandhi's orders re: the personnel to appear and participate in the settlement conference.

Within 14 days hereof, counsel shall file a joint status report **in both actions** setting forth the date cleared for settlement conference with Judge Gandhi.

In the *Allen* action, Judge Gee has authorized us to state that she is amenable to the parties' stipulating to an appropriate continuance of the scheduling dates.

**IT IS SO ORDERED.**

cc: Judge Dolly M. Gee
    Judge Jay C. Gandhi
    counsel of record in *Allen v. Hyland's Inc.,* CR 12-1150-DMG(MANx)

|  | : | **14** |
|---|---|---|
|  | Initials of Preparer | Bea |