UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-1150 DMG (MANx) <br> CV 12-1983 GHK (MRWx) | Date | March 25, 2015 |
|---|---|---|---|
| Title | *Kim Allen, et al. v. Hyland's, Inc., et al.* <br> *Enzo Forcellati, et al. v. Hyland's, Inc., et al.* | | |

Present: The Honorable **Jay C. Gandhi, United States Magistrate Judge**

| Kristee Hopkins | CS 3/25/2015 | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Gretchen M. Nelson
Ronald Marron
L. Timothy Fisher
Scott A. Bursor
Antonio Vozzolo

Attorneys Present for Defendants:

Jeffrey Margulies

**Proceedings:**   **ORDER REGARDING SETTLEMENT CONFERENCE**

The parties and their counsel appeared for the Settlement Conference.

The Court dispensed with a joint session.

The Court caucused with the parties and their counsel.

The parties were unable to resolve the matter.

All discussions were, and are, deemed to be confidential settlement communications.

*It is so ordered.*

cc:   Hon. George H. King
Hon. Dolly M. Gee
Parties of Record

8 : 30

Initials of Preparer   kh