UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1983 GHK (MRWx) | Date | May 29, 2015 |
|---|---|---|---|
| Title | ENZO FORCELLATI  v.  HYLANDS, INC., et al | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|
| Beatrice Herrera | N/R |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| NONE | NONE |

**PROCEEDINGS:       IN CHAMBERS –   ORDER**

   We have considered the parties' Joint Status Report Regarding August 4, 2015 Trial Setting (Doc. No. 194).  We are disappointed that the parties have been unable to agree on a mutually convenient trial date that reasonably provides for necessary accommodations to each other.  We are also concerned by defendants' grossly excessive estimates of the time for the testimony of the identified witnesses.  Even from defendants' summary of the expert testimony, we find that the corresponding time allotted to those expert witnesses is excessive and unreasonable.  Moreover, defendants' suggestion that this case will take up to 20 days to try is also excessive and unreasonable.  Counsel are cautioned to provide only informed and reasonable estimates; we will ignore any further estimates that are unreasonable and excessive.  Counsel are reminded that any time limitation we may order will be divided equally among the parties so that each will have the same number of hours for trial.  Accordingly, we order as follows:

   1.  Within **10 days hereof**, the parties shall jointly file a list of all witnesses they expect to call in their case, and a brief summary of each witness' testimony, including an explanation as to the need for such testimony and why another witness' testimony has not sufficiently covered that area.  After we review that list, we will determine which witnesses will be necessary, and how long we will estimate for his/her testimony to better inform our estimate of the length of trial.

   2.  Within the same 10 days, counsel shall meet and confer to reach agreement on a trial date that reasonably accommodates the legitimate and necessary interests of the parties, and propose that suggested trial date to the court for its availability on our calendar.  We strongly urge the parties to work together cooperatively to accomplish this task.  If the parties are unable to agree, we will set a trial date that is available on our calendar without regard, necessarily, to the parties' preferences.  All parties will then be expected to be ready to proceed to trial as set by the court.

   3.  The proposed trial date shall be with the view that this trial will be concluded in 2 weeks as previously estimated, unless upon the court's review of the summary of the witness testimony and time estimates, the court revises its estimate.

   After reviewing the foregoing, we may conduct a further telephonic status conference with counsel

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1983 GHK (MRWx) | Date | May 29, 2015 |
|---|---|---|---|
| Title | ENZO FORCELLATI  v.  HYLANDS, INC., et al | | |

if we deem it appropriate.

   **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | Bea | |