John H. Gomez (SBN 171485)
Deborah S. Dixon (SBN 248965)
**Gomez Trial Attorneys**
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Fax: (619) 237-3496

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Enzo Forcellati, et al.;<br><br>            Plaintiff,<br>      v.<br><br>Hyland's, Inc., et al.<br><br>            Defendants. | Case No. 2:12-cv-01983-GHK-MRW<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENTS** |

     Counsel hereby withdraws Docket Entry No. 198 Notice of Appearance of Deborah S. Dixon and Docket Entry No. 199 Notice of Appearance of John H. Gomez, filed in error on June 15, 2015. Plaintiff's counsel inadvertently filed the Notices of Appearance in the incorrect case number and will re-file accordingly. Therefore, Plaintiffs hereby respectfully withdraw Docket Entry 198 and Docket Entry 199.

Dated:  June 15, 2015            Respectfully submitted,

                                                  By:  /s/ Deborah S. Dixon ___
                                                John Gomez, Esq.
                                                Deborah S. Dixon, Esq.
                                                **GOMEZ TRIAL ATTORNEYS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2015, I caused **NOTICE OF WITHDRAWAL OF DOCUMENTS** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 15, 2015.

Dated: June 15, 2015                         Respectfully submitted,

                                             By: /s/ Deborah S. Dixon
                                             John Gomez, Esq.
                                             Deborah S. Dixon, Esq.
                                             **GOMEZ TRIAL ATTORNEYS**