UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-1983 GHK (MRWx) | Date | September 30, 2015 |
|---|---|---|---|
| Title | ENZO FORCELLATI  v.  HYLANDS INC., et al | | |

**Presiding: The Honorable**     GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| NONE | NONE |

**PROCEEDINGS:**     **IN CHAMBERS – ORDER**

In light of the court's order directing the parties to conduct a further settlement conference before Judge Jay C. Gandhi, the pretrial conference set for October 5, 2015 is hereby continued to **October 26, 2015 at 3:00 p.m.**  The October 27, 2015 trial date stands.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| | Initials of Preparer | | Bea |