*E-FILED*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1983-GHK (MRWx) | Date | October 23, 2015 |
|---|---|---|---|
| Title | *Enzo Forcellati, et al. v. Hyland's, Inc., et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order Re:** Defendants' Ex Parte Application to Judicially Estop Plaintiffs from Changing Case Theories or, in the Alternative, Continue Trial Pursuant to Local Rules 7-19 and 40-1 (Dkt. 239)

      This matter is before us on the above-captioned Ex Parte Application. In the Application, Defendants argue that Plaintiffs have changed their case theory. Defendants contend that Plaintiffs previously argued that this case was about homeopathy and Defendants' homeopathic products, but that they now assert that the case is not about homeopathy and that Defendants do not manufacture homeopathic drugs. (Dkt. 239, Ex Parte Application ("Application") at 1.) In opposition, Plaintiffs aver that there has been no change in their theory of the case. (Dkt. 242, Opp'n at 1.)

      From the face of the Application and Plaintiffs' Trial Brief, (*see* Dkt. 238), it appears to us that there may have been a shift in the Plaintiffs' theory of the case, which is inconsistent with what they have previously argued. As recently as the filing of the Proposed Final Pretrial Conference Order, Plaintiffs stated that they would present expert evidence "regarding the general principles of homeopathy and evidence of its ineffectiveness." (Dkt. 218, Proposed Order at 16.) Up until this point, there also had been no indication that Plaintiffs would premise their case on an argument that Defendants' products were not even homeopathic.

      At this point, we cannot and do not determine whether there has been a material shift in Plaintiffs' theory of the case. The exceedingly short period between now and the trial date is simply not sufficient for reasoned consideration of this issue.

      Moreover, the Parties have requested that we excuse their lateness in filing their Motions in Limine, which were stricken and denied. (*See* Proposed Order at 23.) We are inclined to excuse their failure to timely file the motions. However, we point out that nothing in the Local Rules supports the proposition that motions may be filed fewer than 28 days before the date set for hearing simply because the motions are in joint-briefing format. The Parties' analogy to Local Rule 37 is inapposite, as that rule obviously is limited to discovery disputes. To make matters worse, the extent to which the Parties talk past each other in the motions indicates a violation of Local Rule 7-3. The adequacy of the briefing on those motions is questionable.

      Today, the Friday before a Tuesday trial, Plaintiffs lodged exhibits from various depositions to be used at trial. They request that we rule on Defendants' objections to over forty of these exhibits

*E-FILED*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1983-GHK (MRWx) | Date | October 23, 2015 |
|---|---|---|---|
| Title | *Enzo Forcellati, et al. v. Hyland's, Inc., et al.* | | |

before trial even begins. (*See* Dkts. 240, 241.) But the objections betray a failure to properly articulate tailored objections to the exhibits; rather, they appear boilerplate.

      All of this conduct renders this matter not ready for trial. The Pretrial Conference and the trial dates are hereby **VACATED**. We will not set further dates for the Pretrial Conference or trial at this time. Instead, after we have had the opportunity to fully review the arguments in the Ex Parte Application and Opposition, the Motions in Limine, and the objections to these recently lodged exhibits, we will issue rulings as may be appropriate, including orders for the Parties to further meet-and-confer and brief some or all of these matters.

      **IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | AB for Bea | |