UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-1150 DMG (MANx) <br> CV 12-1983 GHK (MRWx) | Date | October 19, 2015 |
|---|---|---|---|
| Title | *Kim Allen, et al. v. Hyland's, Inc., et al.* <br> *Enzo Forcellati, et al. v. Hyland's, Inc., et al.* | | |

Present: The Honorable **Jay C. Gandhi, United States Magistrate Judge**

| Kristee Hopkins | CS 10/19/2015 | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Gretchen M. Nelson
Deborah S. Dixon
L. Timothy Fisher
Antonio Vozzolo

Attorneys Present for Defendants:

Jeffrey Margulies
Spencer Persson

**Proceedings:** **ORDER REGARDING SETTLEMENT CONFERENCE**

The parties and their counsel appeared for the Settlement Conference.

The Court caucused with the parties and their counsel.

The parties were unable to resolve the matter at this juncture.

The Settlement Conference resulted in productive dialogue and the parties are invited to contact this Court if changed circumstances merit further settlement discussions.

The Court appreciates the professionalism and cooperation of the parties and their counsel.

*It is so ordered.*

cc: Parties of Record

8 : 30

Initials of Preparer    kh