E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1983-GHK (MRWx) | Date | November 4, 2015 |
|---|---|---|---|
| Title | *Enzo Forcellati, et al. v. Hyland's, Inc., et al.* | | |

| Presiding: The Honorable | **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order Re:** Motions in Limine (Dkt. 207); Defendants' Ex Parte Application (Dkt. 239); and Plaintiffs' Applications for Rulings on the Designations and Objections to the Depositions of Drs. John P. Borneman and William A. Taylor (Dkts. 240, 241)

On October 23, 2015, we vacated the Pretrial Conference and trial dates in this matter because the Parties' "conduct render[ed] the matter not ready for trial." (Dkt. 245 at 2.) We informed the Parties that once we reviewed Defendants' Ex Parte Application, the Motions in Limine, and the objections to recently lodged exhibits, we would "issue rulings as may be appropriate, including orders for the Parties to further meet and confer and brief some or all of these matters." (*Id.*) We have considered the Application, the Motions in Limine, and the objections. Accordingly, we rule as follows:

The Parties are hereby **ORDERED** to meet and confer in person in real time about the relief sought by Defendants in their Ex Parte Application. (*See* Dkt. 239.) If after the meet and confer Defendants still seek any relief, they must do so in a duly noticed motion fully compliant with the Local Rules.

The Parties' Motions in Limine are inadequate under Local Rule 7-3. In the motions, Defendants state that "Plaintiffs' efforts to meet and confer were limited to a single email, in which they simply provided a list of motions they were going to make with little to no description of the grounds on which they intended to move, and most notable made *no mention* of their intention to file [their eighth motion in limine]." (*See* Dkt. 207, Motions in Limine at 3 (emphasis in original).) Plaintiffs do not contest this. The Parties obviously did not have a thorough discussion of the motions as required by Local Rule 7-3. The Parties are hereby **ORDERED** to meet and confer in person in real time to discuss, attempt to resolve, and narrow the issues presented in the motions. Once they have done so, they **SHALL** re-file any remaining issues in joint briefing format as set forth in our prior Order. (*See* Dkt. 201.) The motions shall be duly noticed and fully compliant with the Local Rules.

The Parties are hereby **ORDERED** to meet and confer in person in real time regarding the numerous objections listed in the Parties' Joint Exhibit List and in Plaintiffs' Applications for Rulings on the Designations and Objections to the Depositions of Drs. John P. Borneman and William A. Taylor. (*See* Dkts. 206, 240, 241.) The Parties must engage in a good faith attempt to resolve the objections so as to narrow them. As to any remaining objections, the parties **SHALL** submit a joint brief of points and authorities addressing the specific exhibit or group of exhibits subject to objections. The joint brief

E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1983-GHK (MRWx) | Date | November 4, 2015 |
|---|---|---|---|
| Title | *Enzo Forcellati, et al. v. Hyland's, Inc., et al.* | | |

must contain not merely citations to the rules of evidence, but also a full discussion of the reasons for and against the objections. The joint brief shall be **no more than 20 pages** and shall be filed **within 30 days hereof**. It shall be duly noticed and fully compliant with the Local Rules.

      The Parties are ordered to act in good faith and cooperate in resolving as many of the above-identified issues as possible. If it appears to us that the Parties have failed to act in good faith or cooperate, they shall appear in court and be directed to further confer to assure us that they are acting in good faith and cooperating.

      **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| | Initials of Deputy Clerk | | Bea |