# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 12-1983 GHK (MRWx) | Date | July 6, 2016 |
|---|---|---|---|
| Title | *Enzo Forcellati, et al. v. Hyland's, Inc., et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| L. Timothy Fisher<br>Antonio Vozzolo<br>Nadeem Faruqi<br>Scott A. Bursor | Jeffrey Margulies |

**Proceedings:**        **ORDER REGARDING SETTLEMENT CONFERENCE**

The parties and their counsel appeared for the Settlement Conference.

The Court caucused with the parties and their counsel.

The parties were unable to resolve the matter at this juncture.

The Settlement Conference resulted in productive dialogue. The Court will continue to engage in post-mediation calls.

The Court appreciates the professionalism and cooperation of the parties and their counsel.

*It is so ordered.*

cc:    Parties of Record

|  | 10 | : | 15 |
|---|---|---|---|
| Initials of Preparer | | kh | |