UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1983 GHK (MRWx) | Date | July 18, 2016 |
|---|---|---|---|
| Title | *Enzo Forcellati, et al. v. Hyland's, Inc., et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | CS 07/06/2016 | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

L. Timothy Fisher
Antonio Vozzolo
Nadeem Faruqi
Scott A. Bursor

Attorneys Present for Defendants:

Jeffrey Margulies

**Proceedings:     ORDER REGARDING SETTLEMENT CONFERENCE**

The above-captioned matter was set for Settlement Conference.

The Court engaged in pre-mediation calls.

The Court caucused with the parties and their counsel.

The parties and their counsel attended a Settlement Conference on July 6, 2016.

The Court engaged in post-mediation calls.

The parties have now reached a settlement in principle.

The Court compliments the parties and their counsel on their cooperation and professionalism.

*It is so ordered.*

cc:     Parties of Record

                                                                                          10    :    15

                                                                                                  kh