E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1983-GHK (MRWx) | Date | August 2, 2016 |
|---|---|---|---|
| Title | *Enzo Forcellati, et al. v. Hyland's, Inc., et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U.S. DISTRICT JUDGE** | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (none) | (none) |

**Proceedings:**     **(In Chambers) Order Re:** Preliminary Approval Filing

On July 18, 2016, Judge Jay C. Gandhi issued a minute order stating that the parties in this matter reached a settlement in principle.  (Dkt. 269.)  Within **10 days hereof**, the parties **SHALL** file a joint status report setting forth when they expect plaintiffs to file papers in support of preliminary approval of the settlement.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| | Initials of Deputy Clerk | PS |