UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

January 9, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

In the Matter of the Transfer of Cases )
from the Calendar )
)
of ) ORDER OF THE CHIEF JUDGE
)
Judge GEORGE H. KING ) 17-030
)
)
_____ )

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge George H. King to the calendar of Judge Otis D. Wright II for all further proceedings:

| Case Number | Case Name |
|---|---|
| 2:12-cv-01983-GHK-MRW | Enzo Forcellati v. Hylands Inc et al |
| 2:16-cv-02866-GHK-AFM | Otis Michael Thomas v. Sgt. Michael Mattox et al |
| 2:16-cv-03606-GHK-KS | Michael Acosta et al v. United States of America et al |
| 5:16-cv-01042-GHK-GJS | Cristina Aguirre v. California School of Court Reporters (CSCR) - Riverside |
| 8:15-cv-00606-GHK-AGR | Calvin J. Calvin v. Orange County Sheriff |

Dated: January 9, 2017

_____
Chief Judge Virginia A. Phillips