1
2
3
4
5
6
7
8

# United States District Court
# Central District of California

| | |
|---|---|
| ENZO FORCELLATI and LISA ROEMMICH, on Behalf of Themselves and all Others Similarly Situated, <br><br>       Plaintiffs, <br><br>  v. <br><br> HYLAND'S, INC., STANDARD HOMEOPATHIC LABORATORIES, INC., and STANDARD HOMEOPATHIC COMPANY, <br><br>       Defendants. | Case No. 2:12-CV-01983 ODW (MRW) <br><br> **PRELIMINARY APPROVAL ORDER [275]** <br><br> Hon. Otis D. Wright, II |

[PROPOSED] PRELIMINARY APPROVAL ORDER
CASE NO. 2:12-CV-01983 ODW (MRW)

The parties in the above captioned action, including Plaintiffs Enzo Forcellati and Lisa Roemmich on the one hand, and Defendants Hyland's, Inc., Standard Homeopathic Laboratories Inc., and Standard Homeopathic Company on the other, have reached a Settlement Agreement that is set forth in the Stipulation of Settlement filed with this Court.

Pending before the Court is the parties' Motion for Preliminary Approval. Having carefully reviewed the Stipulation of Settlement, including the exhibits attached thereto and all papers, pleadings, records, and prior proceedings to date in this Consolidated Action, the Court GRANTS Preliminary Approval and FINDS and ORDERS as follows:

1. As an initial matter, for purposes of this Preliminary Approval Order, except as otherwise indicated herein, the Court adopts and incorporates the definitions contained in the Stipulation of Settlement.

2. The Settlement Agreement set forth in the parties' Stipulation of Settlement is within the range of reasonableness and possible final approval in that it appears fair, reasonable, and adequate. The parties' Agreement was reached as a result of extensive arm's length negotiations between the parties and their counsel. This included five full day mediation sessions, the first two with Robert A. Meyer of Loeb & Loeb LLP, and the final three with the Hon. Jay C. Gandhi, United States Magistrate Judge. Additionally, before entering into the Agreement, this Action was on the eve of trial. Thus, Plaintiffs and their counsel had sufficient information to evaluate the strengths and weaknesses of the case and to conduct informed settlement discussions.

3. The Court provisionally certifies, for settlement purposes only, a class defined as: All persons in the United States who purchased the following Hyland's products on or after March 8, 2008: (i) Cold 'n Cough 4 Kids, (ii) Cough Syrup with 100% Natural Honey, (iii) Sniffles 'n Sneezes 4 Kids, (iv) Cold Relief Strips 4 Kids

1 with Zinc, (v) Nighttime Cold 'n Cough 4 Kids, (vi) Complete Flu Care 4 Kids, (vii) Baby Teething Gel, (viii) Baby Cough Syrup, (ix) Baby Gas Drops, (x) Baby Infant Earache Drops, and (xi) Baby Nighttime Tiny Cold Syrup. Excluded from the Class are: (a) Hyland's employees, officers and directors, (b) persons or entities who purchased the Products for the purpose of re-sale, (c) retailers or re-sellers of the Products, (d) governmental entities, (e) persons who timely and properly exclude themselves from the Class as provided herein, and (f) the Court, the Court's immediate family, and Court staff.

4. The requirements for certification of the Settlement Class under Fed. R. Civ. P. 23(a), and (b)(3) have been satisfied for settlement purposes. The Court finds, for settlement purposes, that: (a) the Settlement Class is defined by objective criteria and ascertainable; (b) the numerosity requirement is satisfied; (c) there are questions of law and fact that are common to the Settlement Class, and those questions of law and fact common to the Settlement Class predominate over any questions affecting any individual Settlement Class Member; (d) the claims of the Plaintiffs are typical of the claims of the Settlement Class they seek to represent for purposes of settlement; (e) a class action is superior to other available means of adjudicating this dispute; (f) and Plaintiffs and Class Counsel are adequate representatives of the Class. *See Forcellati v. Hyland's Inc.*, 2014 WL 1410264 (C.D. Cal. Apr. 9, 2014).

5. The Court provisionally appoints Plaintiffs Enzo Forcellati and Lisa Roemmich as Class Representatives of the Settlement Class.

6. The Court provisionally appoints Bursor & Fisher, P.A., Vozzolo LLC, and Faruqi & Faruqi, LLP and their counsel as Class Counsel.

7. Since the Settlement Agreement set forth in the parties' Stipulation of Settlement is within the range of reasonableness and possible Final Approval, Class

Notice Should be provided to the Settlement Class pursuant to the Stipulation of Settlement, as follows:

    a.    On or before Thursday, March 30, 2017, the Settlement Administrator shall cause a copy of the Short Form notice to be sent by email to all class members for whom email addresses are identified.

    b.    On or before Thursday, March 30, 2017, the Settlement Administrator shall cause a Postcard Notice to be sent by regular mail to all class members for whom the parties do not have a valid email address but do have a mailing address.

    c.    On or before Thursday, March 30, 2017, Class Counsel shall cause a copy of the Long Form Notice, in both English and Spanish, to be posted on a dedicated website together with links to important case documents, such as the Preliminary Approval Order, this Stipulation of Settlement, the Consolidated Amended Class Action Complaint, Defendants' Answer to Consolidated Amended Class Action Complaint, and any Second Amended Class Action Complaint;

    d.    Class Counsel shall register www.HylandsLawsuit.com for notice purposes, along with several additional domains that will mirror and/or link to that website, including www.HylandsClassAction.com.  Class members will be directed to the website by hyperlinks embedded in the email version of the Short Form Notice and by references in both the Short Form and Postcard Notices.  The www.HylandsLawsuit.com website will allow Class Members to submit Claim Forms online and will contain information relevant to Class Members, including but not limited to the Long Form Notice, all applicable deadlines, the Stipulation of Settlement, Class Notice, a downloadable Claim Form, all papers filed by the parties in support of the proposed Settlement Agreement (including Plaintiffs' anticipated motion for a Fee and Expense Award), orders of the Court pertaining to the Stipulation of Settlement, and contact information for the Settlement Administrator for a toll-free telephone number, e-mail, and U.S. mail.

      e.    On or before Thursday, March 30, 2017, the Settlement Administrator shall undertake Publication Notice, which means publication of the Short Form Notice in the National Edition of USA Today once a week for four consecutive weeks, and a Facebook campaign targeting people who have expressed an interest in or "like" pages related to Hyland's, homeopathy, homeopathic medicine, and wellness as well as those people who have expressed an interest in or "like" pages related to parenting.

      f.    The Notice Period shall run from Thursday, March 30, 2017 to Wednesday, June 28, 2017.

    8.    The Court approves the Class Notice forms, including the Long Form Notice, the Short Form Notice, and the Postcard Notice, attached as Exhibits 2-3 of the 2/6/2017 Declaration of L. Timothy Fisher Regarding Preliminary Approval, which are substantially in the form attached to the Stipulation of Settlement.

    9.    The Court determines that the Notice of the Settlement Agreement and of the Fairness Hearing, as set forth in the parties' Stipulation of Settlement, complies with all legal requirements, including but not limited to the Due Process Clause of the United States Constitution. Thus, the Court directs that Class Notice shall be given to the Class as provided herein and in Section V of the parties' Stipulation of Settlement.

    10.    Settlement Class Members will have until the Claim Deadline, on Wednesday, June 28, 2017, to submit a Claim Form.

    11.    If a Settlement Class Member wishes to exclude himself or herself from the Settlement Agreement, that Settlement Class Member will have until the Opt-Out Date, on Wednesday, June 28, 2017, to submit a valid Request for Exclusion in the manner set forth in Section VI of the Stipulation of Settlement. All Settlement Class Members who do not timely submit a valid Request for Exclusion will be bound by

the Final Order and Final Judgment, and enjoined from bringing or prosecuting any action relating to the Released Claims.

12. The Court appoints KCC Class Action Services, LLC, a well-qualified and experienced claims administrator, as the Settlement Administrator.

13. The Court will hold a Fairness Hearing on Monday August 14, 2017 at 1:30 p.m. to determine whether the Settlement Agreement should be approved as fair, reasonable, and adequate, and to determine whether a Final Order and Final Judgment should be entered. The Fairness Hearing will be held at the United States District Court for the Central District of California, First Street Courthouse, 350 w. 1st Street, Los Angeles, CA. 90012 - Courtroom 5D, 5th Floor.

14. The deadline for the parties to file and serve papers in support of their application for final approval of the Settlement Agreement, as well as Class Counsel's motion for fees, costs, and incentive awards, shall be on Monday, June 19, 2017. Class Counsel will also include contemporaneous time records sufficient to enable the court to do a lodestar analysis.

15. At least seven calendar days prior to the Fairness Hearing, Class Counsel shall prepare or cause the Settlement Administrator to prepare a list of the persons who have excluded themselves in a valid and timely manner from the Settlement Class, and Class Counsel shall file that list with the Court.

16. Any objections by any Settlement Class Member to the certification of the Settlement Class or to the approval of the proposed Settlement Agreement set forth in the parties' Stipulation of Settlement shall be heard and any papers submitted in support of said objections shall be considered by the Court at the Fairness Hearing only if, on or before the Objection Deadline, on Wednesday, June 28, 2017,, such objector files with the Court a written objection and notice of the objector's intention to appear, and otherwise complies with the requirements set for in Section VI of the Stipulation of Settlement.

17. The deadline for the parties to file and serve any response to any timely objections shall be on Friday, July 28, 2017.

18. The parties shall, pursuant to the terms and conditions of the Stipulation of Settlement, take all necessary and appropriate steps to establish the terms and conditions of the Stipulation of Settlement and this Preliminary Approval Order.

19. Pending the Fairness Hearing, all proceedings, other than the proceedings necessary to carry out or enforce the terms and conditions of the Agreement and the Preliminary Approval Order in the Consolidated Action are stayed, and Class Members are enjoined from bringing or prosecuting any action relating to the Released Claims.

**IT IS SO ORDERED.**

February 7, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**