**BURSOR & FISHER, P.A.**
Scott A. Bursor (SBN 276006)
scott@bursor.com
L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
Thomas A. Reyda (SBN 312632)
treyda@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455

**FARUQI & FARUQI, LLP**
Barbara A. Rohr (SBN 273353)
brohr@faruqilaw.com
Benjamin Heikali (SBN 307466)
bheikali@faruqilaw.com
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA  90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

*Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENZO FORCELLATI and LISA ROEMMICH, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYLAND'S, INC., STANDARD HOMEOPATHIC LABORATORIES, INC., and STANDARD HOMEOPATHIC COMPANY,<br><br>Defendants. | Case No. 2:12-CV-01983-ODW-MRW<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:         August 14, 2017<br>Time:        1:30 p.m.<br>Courtroom:  5D, 5th Floor<br><br>Hon. Otis D. Wright, II |

- 1 -

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** on August 14, 2017 at 1:30 p.m. before the Honorable Otis D. Wright, II, United States District Court Judge for the Central District of California, First Street Courthouse, Courtroom 5D, 5th Floor located at 350 West 1st Street, Los Angeles, California, Plaintiffs Enzo Forcellati and Lisa Roemmich ("Plaintiffs"), by and through their undersigned counsel of record, will move and hereby do move, pursuant to Fed. R. Civ. P. 23(e), for entry of the [Proposed] Order Approving Class Action Settlement ("Final Approval Order").

This motion is based on: (1) this Notice of Motion and Motion, (2) the Memorandum of Points and Authorities in support thereof, (3) the Declaration of L. Timothy Fisher in Support of Plaintiffs' Motions for Final Approval of Class Action Settlement and Motion for an Award of Attorneys' Fees, Costs and Expenses, and Service Awards filed herewith, (4) the Declaration of Lana Luchessi of Kurtzman Carson Consultants LLC ("KCC"), filed herewith, (4) the papers and pleadings on file, and (5) the arguments of counsel at the hearing on the Motion.

Dated:  June 19, 2017                **BURSOR & FISHER, P.A**.

By:    */s/ L. Timothy Fisher*
            L. Timothy Fisher
Scott A. Bursor (SBN 276006)
scott@bursor.com
L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
Thomas A. Reyda (SBN 312632)
treyda@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455

**FARUQI & FARUQI, LLP**
Barbara A. Rohr (SBN 273353)
brohr@faruqilaw.com
Benjamin Heikali (SBN 307466)
bheikali@faruqilaw.com

| | |
|---|---|
| 1 | 10866 Wilshire Boulevard, Suite 1470 |
| 2 | Los Angeles, CA 90024<br>Telephone: (424) 256-2884 |
| 3 | Facsimile: (424) 256-2885 |
| 4 | **FARUQI & FARUQI, LLP**<br>Nadeem Faruqi (*pro hac vice*) |
| 5 | nfaruqilaw.com<br>685 3rd Avenue, 26th Floor |
| 6 | New York, NY 10017<br>Telephone: (212) 983-9330 |
| 7 | Facsimile:(212) 983-9331 |
| 8 | **VOZZOLO LLC** |
| 9 | Antonio Vozzolo (*pro hac vice*)<br>avozzolo@vozzolo.com |
| 10 | 345 Route 17 South<br>Upper Saddle River, New Jersey 07458 |
| 11 | Telephone: (201) 630-8820<br>Facsimile: (201) 604-8400 |
| 12 | |
| 13 | *Co-Lead Class Counsel* |

- 3 -

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 2:12-CV-01983-ODW-MRW

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record through e-mail addresses denoted on the Electronic Mail Notice List. I further hereby certify that I have e-mailed the foregoing to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: June 19, 2017              By: */s/ L. Timothy Fisher*
                                        L. Timothy Fisher