UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | 2:12-CV-01983-ODW-MRW | Date | February 23, 2018 |
|---|---|---|---|
| Title | *Forcellati v. Hylands Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**          **In Chambers**

On February 5, 2018, the Court issued an order requiring Plaintiff's counsel to show cause why sanctions should not be imposed for violations of local rules as well as factual and legal mischaracterizations. (ECF No. 323 at 9.) The Court is in receipt of Objector Ashley Hammack's response to the Order to Show Cause. (ECF No. 324.) Objector's Counsel appropriately addressed the concerns of the Court and provided assurances that their errors will not be repeated. (*Id.*) Accordingly, the Court **DISCHARGES** the Order to Show Case. (ECF No. 323.)

On February 21, 2018, the Ninth Circuit issued an Order dismissing Hammack's appeal for failure to prosecute, and thus the Order requiring Hammack to post an appeal bond is moot.

**IT IS SO ORDERED.**

                                                                                           :     00
                              Initials of Preparer